**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## In the United States District Court for the District of Columbia

George Edward McDermott
Plaintiff    disenfranchised
citizen and voter OF MUNICIPALITY
143 North Huron Drive
Forest Heights Maryland 20745
301 839-5816
    v.

THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.
Town Atty. And resident agent
Wilmer R, Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646.
301-932-3166
    and
Appointed Mayor Miles Spires Jr.
    former Councilman Ward 2
207 Mohican Drive, Forest Heights Maryland
20745  phone 301 567-4204
    And
    Councilwoman
    Alice Hoskins-Ward 1
718 Quade Street Forest Heights Maryland
20745 phone 301 839-9067
    And
    Former Councilman 1

SEAT CURRENTLY VACANT
    And
Clifton Atkinson-Ward 2
Councilman term expired
    And

Andrea McCutcheon -Ward 2
appointed to office May 31st 0 6 without notice
    Formerly held by appointed Mayor
137 Seneca Drive Forest Heights Maryland
20745 301 567-0535
    And
    Councilman

Civil Case

CASE NUMBER   1:06CV01097

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 06/15/2006

**JURY ACTION**



**JURY DEMAND**

RECEIVED
JUN 0 5 2006
Page 1 of 7
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Washington Ross-Ward 3
11 Tecumseh Drive Forest Heights Maryland
20745 301 567-5016
And the
Councilman
Lance Stoner-Ward 3
136 South Huron Drive Forest Heights Maryland
301 839-9040

*********************************************************************

## VERIFIED COMPLAINT under F. R.C.P. Rule 1 & 65 (b)
## FOR RELIEF UNDER TITLE 42-§1973 j.(a)©(f)

That Mayor and town council have nullified legally scheduled town elections in the years 2006 and 2007 violating the town charter. and voting rights act of 1964 under color of law and authority to <u>illegally extend THEIR & INSIDERS TERM'S OF OFFICE, while still in office</u>

Comes NOW George E. McDermott, Pro Se Plaintiff, under 28 U.S.C.§ 1654 seeking relief this Court which has jurisdiction under 42 U.S.C. 1973 (a) and actions where elected bodies municipal administrators have conspired to nullify town legally scheduled and mandated elections under color of law and any legal authority to enforce, This Court has legal enforcement powers under rule 1973 (I) (b) (d) which states in any action for a Declaratory judgment brought pursuant to section 1973 (b) or 1973(C) of this title. This Court has jurisdiction to hear this matter under 42 U.S.C. 1973 (a)(1) to Grant relief in the interest of justice, and issue judgments, temporary restraining orders as the Court sees necessary to protect the public interest and voting rights Plaintiff and MUNICIPALITIES citizens. Rule 42 1973 (b)(a)(1)commentary establishes this Court jurisdiction.

To assure that the right of citizens of the United States to vote is not denied or abridged on account of race or color. NO citizens shall be denied the right to vote in any Federal, State, or local Election because of his failure to comply with any of the test device in any State with respect to which the Determination have been made under the first two sentences of subsection (b)of this section or in political subdivision of such state as such subdivision existed on the date of such determinations were made with respect to such state. (As such subdivision existed on the date of such determination were made with respect to such states ), or any political subdivision with respect to which such right determination have been made as a separate unit, unless the United States District Court for the District of Columbia issues a declaratory judgment under this section. No citizens shall be denied the right to vote in any Federal, State or local Election because of his failure to comply with any test or device in any state respect to which the determinations have been made under a the third sentence of subsection ( b)  Emphasis supplied

1.      Plaintiff was forced into taking unilateral action to protect his vested voting rights and privileges which were suspended by the implementation of a new form of government which was responsible for the firing of our lawfully appointed Mayor under color of law an authority when in December 2005 the town council under control over Councilman Spires refuse to accept or to recognize the will of the people who had submitted, over the required limit (A) ballot initiatives challenging the council's legal authority to dismiss the Mayor and appoint a new form of government benefitting insiders in conflict with the state Constitution under Article 23 A, and the will of the people . As recorded in Prince Georges County Maryland Circuit Court case # CAE 06 - 00362 where insiders have now had all charges against the Mayor brought my council insiders dismissed as frivolous and contrived. As witnessed by Plaintiff and the news media        Exhibit 1 of 2.

Plaintiff is seeking emergency action as a citizen of Forest Heights, having had residency over 40 years who has seen our Town Council GET hijacked by newcomers and insiders looking to benefit from lax oversight of our state and County election officials who have are denying any and all jurisdiction over municipal corporations. and Town and municipal elections which appears to be a absurdity at best.

For what purpose are we paying for a state and County election commission if these commissions have no jurisdiction or authority to oversee and protect of voting rights of state and County residents, who reside in these local Towns, municipalities and incorporated communities.

3.      AS in the case of William Mulberry V. James Madison 5 U.S.137 February 1803. It is alleged that these parties have violated their sacred oaths of office as members of the town council in that they have disregarded the state and town's constitutional rights of an our citizens. This is what is meant "buy" taking an office and I quote the oath of office

posed by the Legislature, is completely demonstrative of the legislative opinion on the subject. It is these words, "I solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich: and that I will faithfully and impartially discharge all the duties

incumbent on me according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States."

3. The members of our town council have disregarded our Constitution, flouted our elections, trashed rightfully filed petition's for voter referendums in **Exhibits 1 - 2**. The Mayor has employed and conspired with outside counsel to fire our elected mayor under color of law and authority then has since proceeded to manipulate our council to take under color of law an Elective office he was not elected for and he was defeated in the last legal election. This is in violation of our state constitutional & vested Bill of Rights as citizens of the Town as stated in.

**Marburg vs. Madison.** **Thus, the particular phraseology of the Constitution of the United States confirms and strengthens the principles, supposed to be essential to all written Constitution's, that a law repugnant to the Constitution is void; and that the courts, as well as other departments, are bound by that instrument as cited by Chief Justice John Marshall.**

**It is repugnant to OUR Constitution** for the town council to void our annual election of 50 years in panel A. Appointed Mayor who was defeated by popular vote in 2005 .

**It is repugnant to OUR Constitution** for the duly elected Mayor to be fired without due process of the law which has since the firing dismissed all charges as frivolous and contrived .

**It is repugnant to OUR Constitution** for an appointed Mayor to extend the town council term of himself and other insiders holding office and nullify the legal voting rights of our citizens and Plaintiff under color of law and authority .

**It is repugnant to OUR Constitution** for the renegade town council draft up and pass resolutions numerous resolutions and town charter amendments affecting the citizens long-term well-being without the input, advice, consent, or authority of the citizens of the town or the town's lawyer who has legal knowledge incapacity to make sure amendments and resolutions are in conformity with the law . and legal capacity of qualified law officers and lawyers increasing the town's liability **EXHIBIT 1.**

**It is repugnant to OUR Constitution** that they town council dared to enact THROUGH SPECIAL CALLED MEETINGS EMERGENCY legislation making it a criminal offense for citizens to pass out, distribute, and to have signed, A LEGALLY PREPARED voter referendums to retake the town council from the illegally appointed MAYOR AND HIS insiders who hold It adverse to the will people

**It is repugnant to OUR Constitution** citizens are barred from filing criminal complaints against predatory lenders , for insiders, and their agents involving tens of millions of dollars. Yet they town council has seen fit through emergency legislation, special called meetings, and draconian legislation to increase the virtually every municipal FINE against town residents without giving town residents the rejected copy of the legislation that is purportedly being abolished and replaced. **EXHIBIT 3**

**It is repugnant to OUR Constitution** for the town council to publish ordinances and resolutions

without identifying full contents of purported ordinances and resolutions . **EXHIBIT 4-5**

4. Petitioner further request that the Court appoint a guardian at litem to represent the Forest Heights FREEDOM FIGHTERS and the other 900 residents of Forest Heights Maryland as the current Mayor and town council are working against the best interest of the town and its residents and for their own benefit and monetary gain. **EXHIBIT 1-2**

2. Second-class citizen George McDermott, as deemed to by the courts, respectfully requests that this Court respectfully waive all filing fees in conjunction with the filing of this petition for relief and allow petitioner to proceed informa pauperis as this second-class citizen/Plaintiff has had his property and Title located within the town of Forest Heights illegally encumbered with $700,000 in municipal police will not allow residue to file a criminal complaint challenging these illegal judgments entered against Plaintiff property in violation of virtually every state and federal banking statute available. Evidence of this has been made available in a public format at SECRETJUSTICE.com for the courts verification **It is repugnant to OUR Constitution** not to be allowed to file a criminal complaint, and yet New town ordinance, would allow parents and property owners to be fired up $1,000 if their children are caught playing on a public Street in a town which has limited sidewalks. **It is repugnant to the Constitution, for Councilmen to extend their sitting terms of office in violation of the Town charter and the Maryland Constitution.** Void town elections to the year 2008 **EXHIBITS 3 - 5.**

**It is repugnant to OUR Constitution . For appointed Mayor and town council** to call special meeting regarding proposed budget without having town treasurer available and without providing contrasting budget from the prior year . Especially in light of fact that may 31st 2006 town meeting major changes in the budget regarding possible increases in property tax by 100 percent to cover undisclosed financial costs related to municipal contracts which town council has refused to default under the freedom of information act to town residents and Plaintiff who will ultimately be left with the burden of these unsound financial secret arrangements . Exhibits 1-7 plus video all may 31st meeting

3.,   Plaintiff George E. McDermott acknowledges full well that he is not an attorney and does not have the right to represent the townspeople in this section however he does have the right to represent his self and his property interest which is in jeopardy because of the irresponsible acts of the appointed Mayor and town council members who themselves have no illegal to experience in municipal law that would allow them to make qualified decisions on part of the citizens of this municipality avoiding future lawsuits which are sure to pursued should this reckless irresponsible administration not be forced to comply with the law of the land which is the Maryland Constitution and declaration rights . Including the Maryland administrative procedures act. The Maryland voting rights act. And the Marylanda UCC code of LAW"S that provide oversight of municipal corporations and their agents .

Plaintiff George E. McDermott, second-class citizen, NOW respectfully requests that this Court waive the required filing fees and allow this matter to be placed on the docket as it is in the best interest of justice and if the court would be so kind as to consider imposing a temporary injunction and restraining order against town officials until this matter can be resolve in a court of law. **EXHIBIT 6-7** Petitioner has purposely is not asking for monetary damages at this time Plaintiff is asking for restoration of voting rights restoration of elections which town council has nullified under color of law . Plaintiff requests request permission to proceed without filing fees. To

Respectfully submitted,

*/s/ George E. McDermott*
George E. McDermott
143 N. Huron Drive
Forest Heights, MD 20745
301 839-5816

## CERTIFICATE OF SERVICE

Page 6 of 7

I, George E. McDermott, do hereby certify that 8 copies of this emergency for relief under 42 U.S.C. 1973 were hand delivered to the town clerk of Forest Heights Maryland for distribution to the mailboxes of all council persons named above in caption complaint. and the appointed mayor and that an additional 8 copies were mailed by first-class U.S. mail named parties this 5th day of June, 2006 via first class, prepaid US mail.

**THE TOWN OF FOREST HEIGHTS MARYLAND AS A REGISTERED CORPORATE MUNICIPALITY GOVERNED UNDER MARYLAND CONSTITUTION ARTICLE 26 A.**
Town Atty. And resident agent
Wilmer R,Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646.
301-932 -3166  and
   **Appointed Mayor Miles Spires Jr.**
    former Councilman Ward 2
**207 Mohican Drive, Forest Heights Maryland**
**2o745**            **And**
    **Councilwoman**
   **Alice Hoskins-Ward 1**
**718 Quade Street Forest Heights Maryland**
**20745**            **And**
   **Clifton Atkinson-Ward 2**
   **Councilman term expired**
      **And**

   **Andrea McCutcheon -Ward 2**
**appointed to office May 31ˢᵗ 0 6 without notice**
   **Formerly held by appointed Mayor**
**137 Seneca Drive Forest Heights Maryland** matter that have
**20745**            **And**
    **Councilman**
   **Washington Ross-Ward 3**
**11 Tecumseh Drive Forest Heights Maryland**
**20745**
      **And**
    **Councilman**
   **Lance Stoner-Ward 3**
**136 South Huron Drive Forest Heights Maryland**
**20745**                                                George E. McDermott