## FOREST HEIGHTS FREEDOM FIGHTERS
118 Seneca Drive, Forest Heights, MD 20745

May 17, 2006

Town of Forest Heights
5508 Arapahoe Drive
Forest Heights, MD

To:      Mayor & Town Council
Subject: Petition for Referendum

Registered voters in The Town of Forest Heights as of May 2, 2006, total of 1573.

We here by submit to the Legislative Body petitions with 20% of the Towns Registered Voters, complying with Annotated Code of Maryland Article 23A, Section 14, Paragraph (a) Petition; resolution of legislative body setting time for referendum.

At the close of our court case, No. CAE 06-00362, on the 6th day of January, 2006 Judge Smith advised us that we could present another petition to the Legislative Body with 20% signatures of registered voters with no time limit.

On behalf of the signers we request that the Council announce to the public the place, date, and time for a Special Election to amend the Charter of the Town of Forest Heights and place the first thirteen (13) amendments on the ballot for a referendum election under Article 23A of the Annotated Code of Maryland.

Sincerely,

*Anne K. Reifsneider*
Anne K. Reifsneider

*John Kennedy*
John Kennedy

Enclosures:
   Petition signatures ( 46 ) packets 13 pages. Clerk verify _46 packets; 13 pgs_ Date 5/17/06
   Petition signatures ( 13 packets  7 pages. Clerk verify _13 packets; 7 pgs_ Date 5/17/06