## FOREST HEIGHTS FREEDOM FIGHTERS

118 Seneca Drive, Forest Heights, MD 20745

**2**

May 17, 2006

Town of Forest Heights
5508 Arapahoe Drive
Forest Heights, MD

To:      Mayor & Town Council
Subject: Petition for Referendum

Registered voters in The Town of Forest Heights as of May 2, 2006, is total of 1573.

We here by submit to the Legislative Body petitions with 20% of the Towns Registered Voters, complying with Annotated Code of Maryland Article 23A, Section 14, Paragraph (a) Petition; resolution of legislative body setting time for referendum.

At the close of our court case, No. CAE 06-00362, on the 6th day of January, 2006 Judge Smith advised us that we could present another petition to the Legislative Body with 20% signatures of registered voters with no time limit.

On behalf of the signers we request that the Council announce to the public the place, date, and time for a Special Election to amend the Charter of the Town of Forest Heights and place the first thirteen (13) amendments on the ballot for a referendum election under Article 23A of the Annotated Code of Maryland.

Sincerely,

*Anne K. Reifsneider*
Anne K. Reifsneider

*John Kennedy*
John Kennedy

Copies: Wilmer Ticer, Town Attorney
        Councilwoman Alice Hoskins
        Councilman George Wiggers
        Councilman Clifton Atkinson
        Councilman Worthington Ross
        Councilman Larry Stoner

06 1097

FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT