

George E. McDermott
143 N. Huron Drive
Forest Heights, MD 20745
301 839-5816 h/o
301 996 9577 Cell   Fax 301 567 3988

June 3 2006

Federal bureau of investigation
Attention- Duty Officer
Gregg Zock Special Agent
Criminal Division in the
2600 Lord Baltimore Street
Baltimore MD 212444
Dear Gregg,



7002 2030 0002 8983 5432

    Thank you for receiving my phone call June 2nd 2006 I am forwarding to you the documents that I attempted to deliver many 2nd to the FBI field offices on 601 4 th Street N.W. Washington D.C.
I apologize if I sounded disrespectful however I think it's kind of repugnant to the Constitution that under the Justice Department guidelines 9-7200 and the United States criminal code 18 USC 3057 which requires citizens to report criminal activity to the appropriate officials, it appears a little strange that the doors to Justice Department are locked to the average citizen/victim.

    I am upset and I believe I have just calls to be so because of the Negligence of some of your colleagues I have lived with a gun pointed at my head for 12 years now has insiders looted my business, distorted my my personal and corporate credit, stole the title to my home, and put hundreds of thousands of dollars in liens on my other properties all to cover up the five dollars scam involving local judges and convicted federal felons.

    You had asked if I had contacted the federal bureau of investigation previously I am enclosing 18 pp. Of either certified mail or delivery confirmation receipts this does not include the numerous volume documents that were hand delivered to your Calverton office, Landover office prior to that, the U.S. attorney's office, and Department of Justice downtown. It is estimated that approximately 6 to 8000 pp. Were delivered in support of lawful notice under 18 USC 3057 reporting guidelines were received by the by either the FBI and Justice Department agents. Or which somehow now have simply disappeared disappear somewhere to the Court file jacket attachment 5 pp. 3 to 5 and 10.

Respectfully submitted

George McDermott

attachments  1  request filed criminal complaint June 2nd 2006 to the FBI.
          2  return correspondence from rules committee COSA denying FOIA request 5/31/06.
          3. FOIA request Maryland court of appeals Motion may 25 / 06
          4. FOIA request Baltimore City Circuit Court clerk June 4th 06
          5. Motion to the COSA identifying destruction of official court file May 25th 0
          6. Acknowledgment from the client protection fund of receipt of claims.
          7. Claim No. Against state bond for Negligence suit against court officers
          8. Title search proving Bankruptcy fraud by insiders see attachment 3.
        9, Video  Title No. 80 - 81 reporting crimes to the FBI under 18 USC 242 & 2071 (a).

06 1097

FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*Mayor Myles Spires, Jr.*
mayor.fh@verizon.net

### TOWN COUNCIL:
Ward I
*Alice Hoskins*—(301) 839-1030
thecook@worldnet.att.net
*George Wiggers*—(301) 839-3712
wiggers@forestheights.biz
Ward II
*Clifton Atkinson*—(301) 567-4839
cliftonatkinson1@yahoo.com
Ward III
*Worthington Ross*—(301) 567-5016
wsross@comcast.net
*Larry Stoner*—(301) 839-9040

### ADMINISTRATIVE OFFICES
Phone: (301) 839-1030
Ronniette Watts, *Town Treasurer*
towntreasurer.fh@verizon.net
Bonita Anderson, *Town Clerk*
townclerk.fh@verizon.net
Lillian King, *Receptionist*
receptionist.fh@verizon.net

### PUBLIC WORKS DEPARTMENT
Phone: (301) 686-1432
Javier Nazario, Supervisor

### POLICE DEPARTMENT
Phone: (301) 839-4040
William Waithe, *Lt.*
fhpd2004@verizon.net
Latessa Crawford, *Police Clerk*
policeclerk.fh@verizon.net

---

## CRIME REPORT
## POLICE CHIEF UPDATE
### May 2006

**May 2006**

| | |
|---|---|
| Theft | 3 |
| Property Damage | 2 |
| Vehicle Impound | 1 |
| Theft from Auto | 0 |
| Stolen Tag | 0 |
| Robbery | 0 |
| Recovered/Stolen Auto | 1 |
| Vandalism to Auto | 1 |
| Harrassment | 1 |
| Recovered Stolen Vehicle | 1 |
| Residential B & E | 0 |
| Arrest | 0 |
| Attempted Stolen Auto | 1 |
| Accident | 0 |
| Forced Entry | 1 |
| Lost Property | 0 |
| Found Property | 0 |
| Parking Tickets | 36 |

Forest Heights Police Dept.
(301) 839-4040
Eastover District IV Police
(301) 749-4900
Maryland Park Police
(301) 459-9088

06 1097
FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CURFEW REMINDER:** ALL TEENS AGES 16 AND UNDER SHOULD **NOT** BE ON THE STREETS DURING THE HOURS LISTED BELOW WITHOUT AN ADULT.

FRIDAY—SATURDAY: 12:00 AM TO 5:00 AM
SUNDAYS—THURSDAY: 10:00 PM TO 5:00 AM