# RESOLUTIONS TO MODIFY TOWN OF FOREST HEIGHTS ORDINANCES BY INCREASING THE FINES

### RESOLUTION NO. 12-06 TO MODIFY SECTION 3.2

Code and Ordinances of the Town of Forest Heights Sections 3.2 (A) which reads "…Said permit shall not be issued until the fee of five dollars ($5.00) has been duly paid to the Town…" shall be changed to read "…Said permit shall not be issued until the fee of fifty dollars ($50.00) has been duly paid to the Town…"; and

### RESOLUTION NO. 13-06 TO MODIFY FINE LIST

Code and Ordinances of the Town of Forest Heights by completely striking that portion entitled "Fine List For All Articles.";

### RESOLUTION NO. 15-06 TO MODIFY SECTION 3.4

Code and Ordinances of the Town of Forest Heights Sections 3.4 which reads "…Cost of said permit shall be five dollars ($5.00)…" shall be changed to read "…Cost of said permit shall be fifty dollars ($50.00)…"; and

### RESOLUTION NO. 16-06 TO MODIFY SECTION 3.5

Code and Ordinances of the Town of Forest Heights Sections 3.5 which reads "…The Town permit shall cost dollars ($5.00)…" shall be changed to read "…The Town permit shall cost fifty dollars ($50.00)…"; and

### RESOLUTION NO. 17-06 TO ARTICLE 18 SECTION 2: PENALTY

Code and Ordinances of the Town of Forest Heights Article 18 Section 2 which reads "…not more than One Hundred Dollars ($100.00)…Two Hundred Dollars ($200.00)…" shall read "…not more than five hundred ($500.00)…One Thousand Dollars ($1,000.00)…"; and

### RESOLUTION NO. 18-06 TO ADOPT THE EMERGENCY ORDINANCE ENTITLED SECTION 3.7: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 3.7 which reads "…not more than One Hundred Dollars ($100.00)…Two Hundred Dollars ($200.00)…" shall read "…not more than five hundred $(500.00)…One Thousand Dollars ($1,000.00)…"; and

### RESOLUTION NO. 19-06 TO MODIFY SECTION 5.3: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 5.3 which reads "…not more than One Hundred Dollars ($100.00)…Two Hundred Dollars ($200.00)…" shall read "…not more than five hundred $(500.00)…One Thousand Dollars ($1,000.00)…"; and

### RESOLUTION NO. 20-06 TO MODIFY SECTION 7.3: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 7.3 which reads "…not more than One Hundred Dollars ($100.00)…Two Hundred Dollars ($200.00)…" shall read "…not more than five hundred $(500.00)…One Thousand Dollars ($1,000.00)…"; and

### RESOLUTION NO. 21-06 TO MODIFY SECTION 9.5: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 9.5 which reads "…not more than One Hundred Dollars ($100.00)…Two Hundred Dollars ($200.00)…" shall read "…not more than five hundred $(500.00)…One Thousand Dollars ($1,000.00)…"; and