# RESOLUTIONS TO MODIFY TOWN OF FOREST HEIGHTS ORDINANCES BY INCREASING THE FINES *(CONTINUED....)*

### RESOLUTION NO. 22-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 11.4: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 11.4 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred $(500.00)...One Thousand Dollars ($1,000.00)..."; and

### RESOLUTION NO. 23-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 13.3: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 13.3 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred $(500.00)...One Thousand Dollars ($1,000.00)..."; and

### RESOLUTION NO. 24-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 13.31: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 13.31 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred $(500.00)...One Thousand Dollars ($1,000.00)..."; and

### RESOLUTION NO. 25-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 13.51: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 13.51 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred $(500.00)...One Thousand Dollars ($1,000.00)..."; and

### RESOLUTION NO. 26-06 TO MODIFY FOREST HEIGHTS ORDINANCE FINE LIST

Code and Ordinances of the Town of Forest Heights Sections 15.8 by completely striking that portion entitled "Fine List For All Articles.";

### RESOLUTION NO. 27-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 17.3: PENALTY

Code and Ordinances of the Town of Forest Heights Sections 17.3 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred $(500.00)...One Thousand Dollars ($1,000.00)..."; and

### RESOLUTION NO. 28-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 19.6: PENALTY

Code and Ordinances of the Town of Forest Heights Section 19.6 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred $(500.00)...One Thousand Dollars ($1,000.00)...";

### RESOLUTION NO. 29-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 19.7.4: PENALTY

Code and Ordinances of the Town of Forest Heights Section 19.7.4 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred $(500.00)...One Thousand Dollars ($1,000.00)..."; and

### RESOLUTION NO. 30-06 TO MODIFY FOREST HEIGHTS ORDINANCE SECTION 19.7.5: PENALTY

Code and Ordinances of the Town of Forest Heights Section 19.7.5 which reads "...not more than One Hundred Dollars ($100.00)...Two Hundred Dollars ($200.00)..." shall read "...not more than five hundred ($500.00)...One Thousand Dollars ($1,000.00)..."; and

FILED

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1097