

# FOREST HEIGHTS NEWS

| Incorporated 1949 | 53rd Year, Issue No. 12 | May 2006 |

## PROPOSED TOWN BUDGET FY07

### Revenue

| | |
|---|---:|
| Income Taxes | |
| Town Real Estate Taxes | $ 159,300.00 |
| Other Taxes | $ 533,000.00 |
| Federal State and County Shared Revenues | $ 29,282.00 |
| Parking Permits | $ 31,000.00 |
| Town Services | $ 20,000.00 |
| Disposal of Tires | $ 216,000.00 |
| Public Services - Cable TV | |
| Fines and Forfeitures | $ 31,000.00 |
| Parking Fines and Vehicle Release | $ 26,250.00 |
| Municipal Infractions | $ 42,950.00 |
| Rental Permits | $ 13,000.00 |
| Interest Income | $ 25,000.00 |
| Municipal Building Rental | $ 1,450.00 |
| Miscellaneous | $ 8,258.00 |
| Accident Reports | $ 11,147.00 |
| Rebates Waste Disposal | $ 100.00 |
| Business License | $ 9,000.00 |
| Fingerprinting | |
| Grass Cutting\Sanitation Maintenance | $ 5,200.00 |
| Building Permits | $ 4,800.00 |
| Sales of Fixed Assets | $ 2,000.00 |
| Cash Reserve | $ 5,000.00 |
| Highway User Fund | $ 100,000.00 |
| LCI Grant | $ 143,000.00 |
| Red Light Camera | $ 25,000.00 |
| | $ 20,000.00 |
| | $ 1,461,737.00 |

### Expenditures

| | |
|---|---:|
| Public Works | |
| Police Department | $ 472,847.00 |
| General Administration | $ 498,114.00 |
| Administration | $ 307,401.00 |
| Elected Officials | $ 149,575.00 |
| | $ 33,800.00 |
| | $ 1,461,737.00 |

## PUBLIC HEARING MAY 31, 2006 AT 8:00 PM

06 1097
FILED
JUN 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# FOREST HEIGHTS NEWS
## SPECIAL EDITION

Incorporated 1949

53rd Year, Issue No. 4

March 2006

## A MESSAGE FROM THE MAYOR



Dear Neighbors,

This is an exciting time in the history of Forest Heights. The face of our town government looks much more attractive to those who – just a few months ago – were wondering if we knew what were doing. The street repair contractors have made site visits to the town and submitted their bids. New streams of income for the town have been identified. Public opinion from inside and outside of Forest Heights has skyrocketed. Our surefootedness, decisive and effective action, and resolve to clean up our history, has been received in the best possible light – stability. Folks want to do business with Forest Heights because we are now stable. This new and progressive energy has had a fantastic effect on our ability to take action for the continued enhancement of our town.

Our efforts to reform our charter and ordinances have been praised across the country and particularly throughout the state of Maryland and Prince George's County, as innovative and a testament to our town's determination to come in line with high standards and practices in government and public administration. We are continuing in those efforts and with your continued support and cooperation, will create a town government that enhances your environment, provides maximum public safety, and maintains peace in your community.

Thank you for your help in putting Forest Heights as a community first.

Sincerely,

Myles Spires, Jr.
Mayor

*Summary of Proposed Forest Heights Town Council Resolutions 15, 16, 17 & 18 Continued*

2nd of 4 Publications as Required by the Annotated Code of Maryland
Summary of Proposed Forest Heights Town Council Resolutions 15, 16, 17 & 18
PROPOSED AMENDMENTS TO THE FOREST HEIGHTS TOWN CHARTER
*Introduced on February 16, 2006 and shall take effect April 7, 2006.*

Charter Amendment Number 15, Section 33-18(e) (*Chief Executive*) proposes to make the Mayor the Chief Exec of the town in the context of town administration and operations and the head of the administrative branch of the town government.

Charter Amendment Number 16, Section 33-3 (*Number; Selection; Term*) proposes to make the charter consistent in election language and eliminate annual elections to make them every two years beginning March 2007 thereby achieving overlap in council terms, consistency in government affairs, an enhanced budget management.

Charter Amendment Number 17, Section 33-33 (*Election of Councilmen*), proposes to make the charter consistent in election language and eliminate annual elections to make them every two years beginning March 2007 thereby achieving overlap in council terms, consistency in government affairs, and enhanced budget management.

Charter Amendment Number 18, Section 33-32 (*Election of Mayor*) proposes to change the election month for Mayor of Forest Heights from May to March to allow for enhanced budget management.

**The full text of all amendments referred to above can be found posted on the BULLETIN BOARD at the Forest Heights Municipal Center, 5508 Arapahoe Drive, Forest Heights, Maryland 20745, (301) 839-1030.**

### EMERGENCY FINANCIAL MANAGEMENT ORDINANCE
On January 30, 2006 the Forest Heights Town Council passed emergency legislation to implement Financial Management to ensure the proper internal controls over Town finances. These controls cover cash management, personal property taxes, cash disbursements, check and credit cards, and payroll. A full version of this ordinance can be obtained from the Town Clerk of Forest Heights.

### EMERGENCY ORDINANCE TO ADOPT THE ANTI-CORRUPTION ACT OF 2006
On February 16, 2006 the Forest Heights Town Council passed emergency legislation to be committed to properly and fairly protect the rights of the citizenry of Forest Heights as it relates to any and all operations and dealings utilizing Forest Heights taxpayer's dollars, including contracting and ordinance violations. All ordinance violations in the Town of Forest Heights are hereby made municipal infractions. A full version of this ordinance can be obtained from the Town Clerk of Forest Heights.

### EMERGENCY ORDINANCE TO AMEND THE ELECTION LAW ORDINANCE
On February 16, 2006 the Forest Heights Town Council passed emergency legislation to amplify the petition format determination process in the town of Forest Heights. A full version of this ordinance can be obtained from the Town Clerk of Forest Heights.

### EMERGENCY ORDINANCE TO AMEND THE ELECTION LAW ORDINANCE - CANDIDATES
On February 16, 2006 the Forest Heights Town Council passed emergency legislation to clearly address eligibility for candidacy to hold public office in the town of Forest Heights as well as term limits. A full version of this ordinance can be obtained from the Town Clerk of Forest Heights.

### EMERGENCY ORDINANCE TO ENACT AN ORDINANCE REQUIRING RENTAL PROPERTY PERMIT IN THE TOWN OF FOREST HEIGHTS
On February 16, 2006 the Forest Heights Town Council passed emergency legislation to establish and collect fees and charges for a licenses and permits of rental property in the Town of Forest Heights issued under the authority of the Forest Heights Charter beginning May 16, 2006. A full version of this ordinance can be obtained from the Town Clerk of Forest Heights.

***ALL EMERGENCY ORDINANCES SHALL TAKE EFFECT IMMEDIATELY UPON ITS PASSAGE AND SHALL REMAIN IN EFFECT INDEFINITELY***