office Zopik

7

# In the United States District Court for the District of Columbia

| | | |
|---|---|---|
| George Edward McDermott | * | |
| Plaintiff  disenfranchised | | |
| citizen and voter OF MUNICIPALITY | * | |
| v. | * | Civil Case |
| | * | |
| THE TOWN OF FOREST HEIGHTS | * | |
| MARYLAND AS A REGISTERED | | |
| CORPORATE MUNICIPALITY | * | |
| GOVERNED UNDER MARYLAND | * | |
| CONSTITUTION ARTICLE 26 A. | * | |
| And the United States Constitution | * | |
| and | * | |
| Appointed Mayor Miles Spires | * | |
| former Councilman Ward 2 | * | |
| And | * | |
| Councilwoman | * | |
| Alice Hoskins-Ward 1 | * | JURY DEMAND |
| And | * | |
| Former Councilman | * | |
| George Wiggers-Ward 1 | * | |
| SEAT CURRENTLY VACANT | * | |
| And | * | |
| Councilman term expired | * | |
| Clifton Atkinson-Ward 2 | * | |
| And | * | |
| VACANT -Ward 2 | * | |
| Formerly held by appointed Mayor | * | |
| And | * | |
| Councilman | * | |
| Washington Ross-Ward 3 | * | |
| An | * | |
| Councilman | * | |
| Lance Stoner-Ward 3 | * | |

RECEIVED
JUN 01 2006
BY: B. Anderson

7

# EMERGENCY

06 1097

PETITION FOR RELIEF UNDER TITLE 42-§1973j.(a)(c)(f)
And Request for Temporary Restraining Order and Injunctions Barring Mayor and Town Council From Moving Forward With Any And All Resolutions to Modify the Town of Forest Heights Ordinance By Increasing The FINES, AND PROHIBIT THE MAYOR AND INSIDERS WITHIN THE CURRENT TOWN COUNSEL FROM FILLING VACANT COUNSEL SEATS UNTIL ELECTIONS ARE RESTORED

Page 1 of 4

FILED
JUN 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT