*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **GEORGE EDWARD MCDERMOTT** Plaintiff(s), vs. **TOWN OF FOREST HEIGHTS, et al.** Defendant(s). | **Civil Case No. 06-1097 (RCL)** |

## NOTICE REGARDING EXHIBIT

This Notice serves as a notification that Exhibit 8 was filed in the form of a VHS video tape.

**NANCY MAYER-WHITTINGTON**

Clerk