
*original*

# In the United States District Court
# Kor the District of Columbia

George Edward McDermott
Plaintiff / DISENFRANCHISED

## Citizen and voter
OF DEFENDANT MUNICIPALITY.
143 North Huron Drive
Forest Heights Maryland 20745
301 839-5816
      vs.

THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.
<u>Town Atty. And resident agent</u>
Wilmer R,Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646.
301-932 -3166
     AND Appointed Mayor
Miles Spires Jr. <u>former Councilman Ward 2</u>
207 Mohican Drive, Forest Heights Maryland
20745  phone 301 567-4204
     And Councilwoman
Alice Hoskins-Ward 1
718 Quade Street Forest Heights Maryland
20745 phone 301 839-9067

  And (( Former Councilman 1))
  <u>SEAT CURRENTLY VACANT</u>
       And
Clifton Atkinson-Ward 2 Councilman
  ELECTIVE TERM OF OFFICE
    EXPIRED MAY 31, 2006
     And Councilwoman
    Andrea McCutcheon -Ward 2
appointed to office May 31st 06 by council
without notice. Without the QUARM
seat Formerly held by appointed Mayor

JURY TRIAL DEMANDED

Civil case

**1:06CV01097**

Judge Royce C. Lambert

DECK TYPE : CIVIL RIGHTS
(NOT AN EMPLOYMENT )

**AMENDED**

**JURY DEMAND**

**RECEIVED**
AUG - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

137 Seneca Drive Forest Heights Maryland
20745          301 567-0535
    And Councilman
  Worthington Ross-Ward 3
11 Tecumseh Drive Forest Heights Maryland
20745          301 567-5016
    And Councilman
  Larry Stoner-Ward 3
LEGAL TERM OF OFFICE EXPIRED MAY 31st 2006
136 South Huron Drive Forest Heights Maryland
20745          301 839-9040
*************************************************************************

### AMENDED to Correct Deficiencies
### VERIFIED COMPLAINT under F. R.C.P. Rule 1 & 65 (b)
### FOR RELIEF UNDER TITLE 42-§1973 j.(a)(C)(f)
That Mayor and town council have nullified legally scheduled town elections in the years 2006 and 2007 violating the town charter. and voting rights act of 1964 under color of law and authority to <u>illegally extend THEIR & INSIDERS TERM'S OF OFFICE, while still in office</u>

Comes NOW George E. McDermott, Pro Se Plaintiff, under 28 U.S.C. § 1654 seeking relief this Court which has jurisdiction under 42 U.S.C. 1973 (a) and actions where elected bodies municipal administrators have conspired to nullify town legally scheduled and mandated elections under color of law and any legal authority to enforce, This Court has legal enforcement powers under rule 1973 (I) (b) (d) which states in any action for a Declaratory judgment brought pursuant to section 1973 (b) or 1973(C) of this title. This Court has jurisdiction to hear this matter under 42 U.S.C. 1973 (a)(1) to Grant relief in the interest of justice, and issue judgments, temporary restraining orders as the Court sees necessary to protect the public interest and voting rights Plaintiff and MUNICIPALITIES citizens.

**Rule 42 1973 (b)(a)(1)commentary establishes this Court jurisdiction.**

To assure that the right of citizens of the United States to vote is not denied or abridged on account of race or color. NO citizens shall be denied the right to vote in any Federal, State, or local Election because of his failure to comply with any of the test device in any State with

**respect to which the Determination have been made under the first two sentences of subsection (b)of this section or in political subdivision of such state as such subdivision existed on the date of such determinations were made with respect to such state. ((As such subdivision existed on the date such determinations were made with respect to such State), though such determinations were not made with respect to such subdivisions as a separate unit, or in any political subdivision with respect to which such determinations have been made as a separate unit, unless the United State District Court for the District of Columbia issues a declaratory judgment under this section. No citizen shall be denied the right to vote in any Federal, State or local election because of his failure to comply with any test or device in any State with respect to which the determinations have been made under the third sentence of subsection (b) of this subsection......emphasis supplied**

1. Plaintiff was forced into taking unilateral action to protect his vested voting rights and privileges which were <u>illegally suspended</u> by the implementation of a new form of TOWN government which was responsible for the firing of our lawfully appointed Mayor under color of law an authority when in December 2005 the town council under subversive control of Councilman Spires. Newly completed Mayor and puppet town council publicly refused to accept or even to recognize the will of the people who had submitted, over the Town charter required legal limit of ballot, required for placing a voters referendum and or initiatives calling for a special election .Challenging the <u>council's legal capacity and authority to dismiss the Mayor</u> and <u>THE appointment of a new insider and the implementation of a new form of government benefitting insiders.</u> in conflict with both our "State Constitution" as outlined , under Article 23 A, and OUR Town charter and bylaws which allow for such a remedy , also will of the people has been subverted . As evidenced and recorded in Prince Georges County Maryland Circuit Court **case # CAE 06 - 00362.** where records reflect that insider's erroneous charges against the duly elected Mayor brought my council insiders all been dismissed as frivolous and contrived. <u>As witnessed and recorded by Plaintiff and the news media</u> **Exhibit 1 of 2.**

Plaintiff is seeking emergency action as a citizen of Forest Heights, having held a

residency over 40 years who has seen our Town Council GET hijacked by newcomers and insiders looking to benefit from lax oversight of our "State and County election officials" who have and are denying any illegal jurisdiction over municipal corporations . and Town municipal elections which appears to be a absurdity at best.    For what purpose are we paying for a State and County election commissioners for  if these commissions have no jurisdiction or authority to oversee and protect the legal of voting rights of our State and County residents,  who reside in these local Towns, municipalities and incorporated communities.

3.         AS  in the case of <u>William Mulberry V. James Madison 5 U.S.137 February 1803. There can only be one constitution acts contrary to that constitution are a fraud on the people</u>    It is alleged that these parties have violated their sacred  oaths of office as members of the Town council in that they have disregarded Our State, Our County and Our Town's constitution's.  Infringing on vested legal  rights of our citizens. These guarantees were passed by our elected Legislature, is completely demonstrative of the legislative opinion on this subject of citizens rights . It is these words, "I solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich: and that I will faithfully and impartially discharge all the duties incumbent on me according to the best of my abilities and understanding, **agreeably to the Constitution** and laws of the United States."

3.     The members of our town council have disregarded our Constitution, flouted our elections, trashed rightfully and illegally filed petition's for voter referendums in **Exhibits 1 - 2** . The Mayor has employed and conspired with  outside counsel to <u>fire our elected mayor under color of law and authority</u> then has since  proceeded to  manipulate our council to take under color of law an Elective office  he was not properly elected to This is in violation of our State constitutional & vested enumerated in our states declaration of rights. Reinforced by

the U.S. Constitution & Bill of Rights as citizens. In. **Marburg vs. Mada ison. It was established (Thus, the particular phraseology of the Constitution of the United States confirms and strengthens the principles, supposed to be essential to all written Constitution's, that a law repugnant to the Constitution is void; and that the courts, as well as other departments, are bound by that instrument as cited by Chief Justice John Marshall.**

**It is repugnant to OUR Constitution** for the town council to void our annual election of 50 years. Extending their term of office, increasing their compensation, and violating citizens right legal representation that was elected by proper electoral process versus and appointed Mayor, with council persons holding office which they were not reelected to by popular vote of this is entry       .

**It is repugnant to OUR Constitution** for the Duly elected Mayor to be fired without due process of the law which has since the Mayor's firing courts have dismissed all charges as frivolous and contrived actions brought by appointed Mayor Spires insiders. .

**It is repugnant to OUR Constitution** for a appointed Mayor to extend Mayor's authorized term on office and that of Town Council's insiders term. Benefiting himself and other insiders illegally holding office and to to nullify the legal vested voting rights of our citizens and Plaintiff under color of law and authority.  .

**It is repugnant to OUR Constitution** for Renegade Town Council members to draft up and pass 30 + plus resolutions amending Town charter. These amendments affecting the citizens long-term well-being, are mostly without the input, advice, consent, or authority of the citizens of the town or the town's lawyer who has legal knowledge and capacity to make sure amendments and resolutions are in conformity with the prevailing law .
and a legal capacity of qualified law officers and lawyers increasing the town's liability's **EXHIBIT 1.**

**It is repugnant to OUR Constitution** that they town council dared to enact THROUGH A emergency SPECIAL CALLED MEETINGS . EMERGENCY legislation making it a criminal offense for citizens to pass out, distribute, and to have sign, A LEGALLY PREPAREDvoter referendums petition to retake the control all Town Council from the illegally appointed MAYOR AND HIS insiders who hold office It adverse to the will people town charter.

**It is repugnant to OUR Constitution** that our citizens are barred from filing criminal complaints against predatory lenders , involving tens of millions of dollars. With our municipal police department under article 27 of the Maryland criminal code Yet Town Council has seen fit through emergency legislation, andspecial called meetings,  and have in acted draconian legislation to increase virtually every municipal FINE against town residents without giving town residents the notice , time, or opportunity. Two   reject the new legislation that is purportedly abolished and replaced existing statutes. . **EXHIBIT 3**

**It is repugnant to OUR Constitution** for the town council to publish ordinances and resolutions without identifying full contents of purported ordinance changes and idea affects the new resolutions would purportedly have on our citizens . **EXHIBIT 4-5**

4.      Petitioner further request that the Court appoint a guardian at litem to represent the

Forest Heights FREEDOM FIGHTERS and the other 900 residents of the **townof Forest Heights Maryland** as the current Mayor and town council are working against the will and best interest of the town and its residents and for their own insider interests, benefit and on personal financial and monetary gain. **EXHIBIT 1-2**

2.      Second-class citizen George McDermott, As deemed to by the courts of Prince Georges County Maryland now respectfully requests that this Court respectfully waive all filing fees in conjunction with the filing of this citizens petition for relief and allow petitioner to proceed informa pauperis as this second-class citizen/Plaintiff has had his property and Title located within the town of Forest Heights illegally encumbered with $700,000 fraudulent judgments and liens. Plaintiff asserts for the record that Town's Municipal Police will not allow its residents George E. McDermott /second-class citizen to file a criminal complaint under article 27 of the Maryland criminal code , Challenging these illegal judgments entered against Plaintiff and record against property within the town's boundaries in violation of virtually every State and Federal Banking statute with in the code . Evidence of this denial of rights has been made available in a public format **@ SECRETJUSTICE.com** for the court verification **It is repugnant to OUR Constitution** not to be allowed citizens file a criminal complaint, and yet New Town ordinance, would allow for parents and all barred town residents to receive finds up $1,000 if their children are caught playing on a public Street in a town which has limited sidewalks limited recreation facility. .

**It is repugnant to the Constitution, for Councilmen to extend their sitting terms of office in violation of the Town charter and the Maryland Constitution. TO** Void town elections Through the year 2008 **EXHIBITS 3 - 5.**

**It is repugnant to OUR Constitution . For appointed Mayor and town council** to call special meeting regarding proposed budget without having town treasurer available and without providing contrasting budget from the prior year . Especially in light of fact that may

31st 2006 town meeting major changes in the budget regarding possible increases in property tax by 100 percent to cover undisclosed financial costs related to municipal contracts which town council has refused to make public two town residents under the freedom of information act to town residents and Plaintiff who will ultimately be left with the burden of these paying the cost on these unsound financial secret arrangements appointed mayor and council entered into . Exhibits 1-7 plus video all may 31st meeting.

3.,     Plaintiff George E. McDermott acknowledges full well that he is not an attorney. However Plaintiff does have the right to represent this action in his own name under FRCP rule 28 § 1654 in this action a vested right to represent is legal rights and his property interest which is in jeopardy because of the irresponsible acts, Of appointed Mayor and town, Municipal Police andcouncil members who themselves have no <u>legal to experience in municipal law</u> that would allow them to make qualified decisions on part of disfranchising citizens legally protected rights of this municipality. avoiding future lawsuits which are sure to pursued should this reckless irresponsible referendums and ordinances are not countered. If the current administration not be forced to comply with the rule of law of the land which is the Maryland Constitution and Declaration rights . Including the Maryland administrative procedures act. The Maryland voting rights act. And the Maryland Commercial Code of LAW"S that provide statutory oversight of municipal corporations and their agents .

Plaintiff George E. McDermott, second-class citizen, NOW respectfully requests that this Court waive the required filing fees and allow this matter to be placed on the docket as it is in the best interest of justice and if the court would be so kind as to consider imposing a temporary injunction and temporary restraining order against town officials until this matter can be resolve in a court of law. Plaintiff and townspeople would be greatly relieved

**EXHIBIT 6-7**

Petitioner has purposely is not asking for monetary damages at this time Plaintiff is asking for restoration of citizens vested voting rights restoration of elections which town council has illegally nullified under color of law to extend their term of office illegally . Plaintiff requests request permission to proceed without filing fees. To

**This amended pleading is to correct deficiencies discovered by petitioner after filing. All in exhibits are in the custody of the court and original pleading and will not be duplicated as previous complain and the exhibits were openly submitted to defendants with all exhibits on may 31, 2006 as video clearly evidences. And court record already contains the referred to exhibits in support of pleading** .

Respectfully submitted,

_[signature]_

George E. McDermott
743 N. Huron Drive
Forest Heights, MD 20745
301 839-5816

## CERTIFICATE OF SERVICE

I, George E. McDermott, do hereby certify that 8 copies of this emergency for relief under 42 U.S.C. 1973 were hand delivered to the town clerk of Forest Heights Maryland for distribution to the mailboxes of all council persons named above in caption complaint. and the appointed mayor and that an additional 8 copies were mailed by first-class U.S. mail named parties this 3th day of August , 2006 via first class, prepaid US mail.

**THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.**
Town Atty. And resident agent

Wilmer R,Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646.
301-932 -3166
 AND Appointed Mayor
 Miles Spires Jr. former Councilman Ward 2
207 Mohican Drive, Forest Heights Maryland
20745  phone 301 567-4204
 And Councilwoman
Alice Hoskins-Ward 1
718 Quade Street Forest Heights Maryland
20745 phone 301 839-9067



And (( Former Councilman 1))
SEAT CURRENTLY VACANT
 And
Clifton Atkinson-Ward 2 Councilman
 ELECTIVE TERM OF OFFICE
  EXPIRED MAY 31, 2006
  And Councilwoman
  Andrea McCutcheon -Ward 2
appointed to office May 31st 06 by council
 without notice. Without the QUARM
seat Formerly held by appointed Mayor
137 Seneca Drive Forest Heights Maryland
20745          301 567-0535
 And Councilman
 Worthington Ross-Ward 3
11 Tecumseh Drive Forest Heights Maryland
20745          301 567-5016
 And Councilman
 Larry Stoner-Ward 3
LEGAL TERM OF OFFICE EXPIRED MAY 31st 2006
136 South Huron Drive Forest Heights Maryland
20745          301 839-9040

**THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.**
Town Atty. And resident agent
Wilmer R,Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646.
301-932 -3166  **and**
 Appointed Mayor Miles Spires Jr.
  former Councilman Ward 2



207 Mohican Drive, Forest Heights Maryland
2o745         And
         Councilwoman
     Alice Hoskins-Ward 1
718 Quade Street Forest Heights Maryland
20745         And
     Clifton Atkinson-Ward 2
     Councilman term expired
             And

     Andrea McCutcheon -Ward 2
appointed to office May 31st 0 6 without notice
     Formerly held by appointed Mayor
137 Seneca Drive Forest Heights Maryland matter that have
20745         And
         Councilman
     Washington Ross-Ward 3
11 Tecumseh Drive Forest Heights Maryland
20745
             And
         Councilman
     Lance Stoner-Ward 3
136 South Huron Drive Forest Heights Maryland
20745

George E. McDermott

*[signature]*