# In the United States District Court for the District of Columbia

George Edward McDermott
Plaintiff / DISENFRANCHISED
CITIZEN AND VOTER
OF MUNICIPALITY

v.

THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.

And

Appointed Mayor Miles Spires Jr.
Former Councilman Ward 2, ( And)
Councilwoman Alice Hoskins-Ward 1,
(And) Former Councilman 1
SEAT CURRENTLY VACANT
(And)Clifton Atkinson-Ward 2
Councilman term expired, (And)
Andrea McCutcheon -Ward 2
appointed to office May 31 ' 06
without. notice to council seat
Formerly held by appointed Mayor ,
(And) Councilman Worhington Ross
Ward 3,(And) Councilman Larry
Stoner-Ward 3,

**Civil Case 1:06CV01097**

Judge Royce C. Lamberth

DECK TYPE: CIVIL RIGHTS
(Non-employment)

## Jury Demand

*****************************************************************************

**PLAINTIFFS MOTION FOR COURT CLERK TOO PREPARE AND ISSUE TO
PLAINTIFF SUMMONSES FOR NAMED DEFENDANTS UNDER
F.R.C.P. RULE 4 (a) (b) (c) (d)
And incorporated motion for defendants to waive service under
RULE 4 (d) (A) through (G) & (5)**

Comes NOW, George E. McDermott, Plaintiff, Maryland resident and resident of the

RECEIVED
AUG - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1 of 5

incorporated Town of Forest Heights Maryland and moves this court by the motion process to prepare & issue summonses to defendants listed in amended complaint [**Exhibit 1**]under F R.C.P RULE 4, & RULE 15 allowing for corrections of inadvertent mistakes in pleadings.

1. Plaintiff are now moves by motion practice that this court accept amended pleading. Correcting recently discovered inaccuracies in the spelling of defendants names and their addresses [**Exhibit2**] which were furnished by the town clerk. Defendants were all put on notice in a public hearing May 31, 2006 in which the town clerk was presented with 8 copies of the complaint filed that day. But which had to be modified and re-filed June 5 in that plaintiff had inadvertently failed to file the required affidavit seeking waiver of fees on proper form .which this court has now approved, Court clerk informed Plaintiff on June 11/ 06 that he would have to wait six to seven weeks for Court to approval of plaintiffs waiver of filing fees. For the record **plaintiff only received notice that case was docketed by the court and moving forward on July 28 after personally visiting the court to find out what was causing the delay**( emphasis added).

2. Plaintiff is also enclosing correspondence to the town of Forest Heights and all named defendant's & agents seeking their permission for a waiver of service [**Exhibit 3**]under rule 4 (d) (2) rule heading "waiver of service; duty to save cost of service; request to waive." an individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that a party receives notice of an action in the manner provided in this paragraph party has a duty to of weight unnecessary cost of serving in the summons. To avoid costs, the plaintiffs may notify such a defendant of the commencement of the action and request that defendant waive service of summons. the notice and request (A) shall be in writing and shall be addressed directly to the defendants, if individuals, or else to the **officer or managing or general agent ( or other agent authorized but appointment of law to receive service of process)** of a defendant subject to service under subdivision , (B)children this badge can first-class mail or other reliable means;  (C) shall be accompanied by a copy of the complaint and shall notify the court in which it has been filed;

3. <u>As rules (4) (1) A defendant who waives of a summons does not thereby waive any objection to the menu or to the jurisdiction of the court over the person born in defendants.</u>

Plaintiff moves that the defendants accept the jurisdiction of this Court, that the defendants name Counsel or representatives defending this action in the name of the town in municipal corporation. and its agents named an unnamed representatives of said corporation identify counsel representing defendant , or defendants individually. . In Plaintiff has made a good faith effort to notify named defendants / and agents under F.R.C.P. rule 5 (a) (b) requirements have been made in good faith in accordance with court statutory requirements.

In summation Plaintiff NOW respectfully moves this Court by the motion process for the court to prepare and issued necessary summonses required under the court rule's so that plaintiff may move forward with service of summons to the named defendants and or their agents.

Respectfully submitted,

George Edward McDermott
Disenfranchised Citizen / Plaintiff

### [Exhibits]

1. Complaint cover page evidencing case number and assignment
2. Amended complaint correcting deficiencies in caption.
3. Request cover letter to town clerk that priority mail package be opened and distributed to the mailboxes of defendants and/or agents of the town consistent with rule.

### Points and authorities

**F.R.C.P. RULE 4 (a) (b) (c)**

**RULE 4 (d) (A) through (G) &**
**RULE   (5) (a) (b)**

### certificate of service

Plaintiff certifies that a true incomplete copy of this pleading with all attachments was mailed to the named defendants and for their agents this   /   /   .by first-class US mail to the following address as required by law.

**THE TOWN OF FOREST HEIGHTS MARYLAND AS A REGISTERED CORPORATE MUNICIPALITY GOVERNED UNDER MARYLAND CONSTITUTION ARTICLE 26 A.**
Town Atty. And resident agent
Wilmer R, Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646
301-932 -3166
        And
  **Appointed Mayor Miles Spires Jr.**
  **former Councilman Ward 2**
207 Mohican Drive, Forest Heights Maryland 20745
301 567-4204
        And
  **Councilwoman**
  **Alice Hoskins-Ward 1**
718 Quade Street Forest Heights Maryland 20745
301 839-9067
        And
  **Former Councilman 1**

  **SEAT CURRENTLY VACANT**
        And
  Clifton Atkinson-Ward 2
  Councilman term expired
        And

  Andrea Mc Cutcheon -Ward 2
appointed to office May 31st 0 6 without notice
    Formerly held by appointed Mayor
137 Seneca Drive, Forest Heights Maryland 20745
301 567-0535

        And

Councilman
Worhington Ross-Ward 3
11 Tecumseh Drive Forest Heights Maryland
20745 301 567-5016
And
Councilman
Larry Stoner-Ward 3
136 South Huron Drive Forest Heights Maryland
301 839-9040

# In the United States District Court for the District of Columbia

George Edward McDermott
Plaintiff        disenfranchised
citizen and voter OF MUNICIPALITY
143 North Huron Drive
Forest Heights Maryland 20745
301 839-5816
   v.

Civil Case

THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.
Town Atty. And resident agent
Wilmer R,Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646.
301-932 -3166
        and
  Appointed Mayor Miles Spires Jr.
   former Councilman Ward 2
207 Mohican Drive, Forest Heights Maryland
20745  phone 301 567-4204
        And
    Councilwoman
  Alice Hoskins-Ward 1
718 Quade Street Forest Heights Maryland

20745 phone 301 839-9067
        And
  Former Councilman 1

  SEAT CURRENTLY VACANT
        And
  Clifton Atkinson-Ward 2
  Councilman term expired
        And

  Andrea McCutcheon -Ward 2
appointed to office May 31st 0 6 without notice
  Formerly held by appointed Mayor
137 Seneca Drive Forest Heights Maryland
20745 301 567-0535
        And
    Councilman

**JURY DEMAND**

Page 1 of 7

2.

# In the United States District Court
# Kor the District of Columbia

George Edward McDermott
Plaintiff / DISENFRANCHISED

**JURY TRIAL DEMANDED**

**Citizen and voter**
OF DEFENDANT MUNICIPALITY.
143 North Huron Drive
Forest Heights Maryland 20745
301 839-5816
vs.

Civil case

**1:06CV01097**

Judge Royce C. Lambert

THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.
Town Atty. And resident agent
Wilmer R, Ticer Esquire
5875 Crane Highway Unit 100
La Plata Maryland 20646.
301-932-3166
         AND Appointed Mayor
 Miles Spires Jr. former Councilman Ward 2
207 Mohican Drive, Forest Heights Maryland
20745  phone 301 567-4204
         And Councilwoman
Alice Hoskins-Ward 1
718 Quade Street Forest Heights Maryland
20745 phone 301 839-9067

DECK TYPE : CIVIL RIGHTS
(NOT AN EMPLOYMENT )

**JURY DEMAND**

  And (( Former Councilman 1))
  SEAT CURRENTLY VACANT
           And
Clifton Atkinson-Ward 2 Councilman
   ELECTIVE TERM OF OFFICE
     EXPIRED MAY 31, 2006
       And Councilwoman
     Andrea McCutcheon -Ward 2
appointed to office May 31st 06 by council
without notice. Without the QUARM
seat Formerly held by appointed Mayor

Page 1 of 10

137 Seneca Drive Forest Heights Maryland
20745           301 567-0535
   And Councilman
      Worthington Ross-Ward 3
11 Tecumseh Drive Forest Heights Maryland
20745           301 567-5016
   And Councilman
      Larry Stoner-Ward 3
LEGAL TERM OF OFFICE EXPIRED MAY 31st 2006
136 South Huron Drive Forest Heights Maryland
20745           301 839-9040
*******************************************************************

### AMENDED to Correct Deficiencies
### VERIFIED COMPLAINT under F. R.C.P. Rule 1 & 65 (b)
### FOR RELIEF UNDER TITLE 42-§1973 J.(a)(C)(f)

That Mayor and town council have nullified legally scheduled town elections in the years 2006 and 2007 violating the town charter. and voting rights act of 1964 under color of law and authority to **illegally extend THEIR & INSIDERS TERM'S OF OFFICE, while still in office**

Comes NOW George E. McDermott, Pro Se Plaintiff, under 28 U.S.C.§ 1654 seeking relief this Court which has jurisdiction under 42 U.S.C. 1973 (a) and actions where elected bodies municipal administrators have conspired to nullify town legally scheduled and mandated elections under color of law and any legal authority to enforce, This Court has legal enforcement powers under rule 1973 (I) (b) (d) which states in any action for a Declaratory judgment brought pursuant to section 1973 (b) or 1973(C) of this title. This Court has jurisdiction to hear this matter under 42 U.S.C. 1973 (a)(1) to Grant relief in the interest of justice, and issue judgments, temporary restraining orders as the Court sees necessary to protect the public interest and voting rights Plaintiff and MUNICIPALITIES citizens.

**Rule 42 1973 (b)(a)(1) commentary establishes this Court jurisdiction.**

To assure that the right of citizens of the United States to vote is not denied or abridged on account of race or color. NO citizens shall be denied the right to vote in any Federal, State, or local Election because of his failure to comply with any of the test device in any State with

**George E. McDermott**
143 N. Huron Drive
Forest Heights, MD 20745
301 839-5816

July 31, 2006

**THE TOWN OF FOREST HEIGHTS
MARYLAND
AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.**

Attention Town Clerk:

    Dear Madam clerk I am delivering to you 8 copies of a motion in United States District Court for the District of Columbia wherein the Town of Forest Heights and its council members are being sued in Civil Action 1:06CV01097 (RCL)for violation of civil rights under The 1966 Voting Rights Act.

    Pursuant to the rules, I am now asking that the Town and its agents comply with Federal Rules of Civil Procedure Rule 4 (d) allowing for the waiving of service for corporations and municipalities in the economy of the court. a court date stamped copy of motion for waiver of service is attached.

    If you would be so kind as to place one of these complaints and Motions, along with this accompanying letter in the mailbox of each council member, the Mayor, and a copy for Town file is also enclosed.

    According to the rules, the Town and its council members need to respond in writing to the Clerk of the Court for the United States District Court identifying receipt of document, as well as the Town legal representative who will be filing a notice of Appearance , and named town council members also are required to identify for the record. their individual legal counsel who will be representing council members named in the complaint. Responsive pleadings are required under F.R.C.P. RULE 12 of which the Town's legal counsel is aware.

    Thank you for your time and attention this matter. I will await defendants' response.

Respectfully submitted


George McDermott
Disenfranchised / resident