**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Andrea McCutcheon
137 Senca Drive
Forest Heights, MD 20745

Civil Action, File Number  06-1097 RCL

George E. McDermott

V.

The Town of Forest Heights, ED Al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

... part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ... se. Keep copy 3 for your records.

... WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ... her entity, you must indicate under your signature your relationship to that entity. If ... thorized to receive process, you must indicate under your signature your authority.

... of this form to the sender within _____ days, you (or the party on whose behalf you ... curred in serving a summons and complaint in any other manner permitted by law.

... his form, you (or the party on whose behalf you are being served) must answer the ... ere sent. If you fail to do so, judgment by default will be taken against you for the

... tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

... OF RECEIPT OF SUMMONS AND COMPLAINT
... ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

**FILED**

Signature

AUG 3 0 2006

Relationship to Entity/Authority to Receive
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Andryon McCutcheon

2. Article Number
(Transfer from service label)
7004 2510 0000 2032 8154

PS Form 3811, February 2004    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]      □ Agent
                   □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

7590-02-M-1540