U.S. Department of Justice
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _Columbia_

TO:
Clifton Atkinson
1377 Senca Drive
Forest Heights, MD 20745

Civil Action, File Number  06-1097 RCL

George E. McDermott

V.

The Town of Forest Heights, et al

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ se. Keep copy 3 for your records.

WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, her entity, you must indicate under your signature your relationship to that entity. If thorized to receive process, you must indicate under your signature your authority.

of this form to the sender within _____ days, you (or the party on whose behalf you urred in serving a summons and complaint in any other manner permitted by law.

his form, you (or the party on whose behalf you are being served) must answer the ere sent. If you fail to do so, judgment by default will be taken against you for the

tice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

F RECEIPT OF SUMMONS AND COMPLAINT

d a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

FILED
AUG 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense