Justice
Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of _____ Columbia _____

TO:

Miles Spires, Jr
207 Mohican Drive
Forest Heights, MD 20745

Civil Action, File Number 06-1097 RCL

George E. McDermott

V.

The Town of Forest Heights, etal

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

KNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, or other entity, you must indicate under your signature your relationship to that entity. If re authorized to receive process, you must indicate under your signature your authority.

nd 2 of this form to the sender within _____ days, you (or the party on whose behalf you s incurred in serving a summons and complaint in any other manner permitted by law.

of this form, you (or the party on whose behalf you are being served) must answer the ts were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

T OF RECEIPT OF SUMMONS AND COMPLAINT

ived a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

FILED

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
□ Agent
□ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
If YES, enter delivery address below:   □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Miles Spires, Jr.

2. Article Number
(Transfer from service label)   7004 2510 0000 2032 8178

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540