UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
George Edward McDermott              *
143 North Huron Drive                *
Forest Heights, Maryland 20745       *
        Plaintiff                    *CIVIL ACTION NO:
                                     *Case No: 06-1097 RCL
    v.                               *
The Town of Forest Heights, Et. Al.  *
Municipal Building                   *
5508 Arapahoe Drive,                 *
Forest Heights, MD 20745             *
    &                                *
Mayor, Myles Spires, Jr.             *
    &                                *
Councilmember, Alice Hoskins Ward 1  *
Councilmember, Andrea McCutcheon Ward 2  *
Councilmember, Clifton Atkinson Ward 2   *
Councilmember, Worthington Ross Ward 3   *
Councilmember, Larry Stoner Ward 3   *
        Defendants                   *
```
**************************************************************

**DEFENDANTS THE TOWN OF FOREST HEIGHT'S MOTION TO DISMISS**

COMES NOW the TOWN OF FOREST HEIGHTS et. al., named as a defendant in the above style and numbered action, and would move the Court to dismiss the complaint as to it, and would show as follows:

1. The complaint herein fails to state a claim upon which relief can be granted against this defendant, in that it asserts no facts whatsoever upon which any theory relief can be granted.

2. To dismiss the action on the grounds (a) that the defendant is a municipality organized under the laws of Maryland and was not and is not subject of process within the United States District Court for the District of Columbia.

3. To dismiss the action on the ground that it is in the wrong district because (a) the jurisdiction of this court is invoked solely on the ground that the action arises under the Constitution and laws of the United States and (b) the defendant is municipality incorporated under the laws of the State of Maryland and is not licensed to do or doing business in the District of Columbia.

4. To dismiss the action on the ground that the court lacks jurisdiction over the person who is municipality incorporated under the laws of the State of Maryland.

**WHEREFORE, PREMISES CONSIDERED,** the Town of Forest Heights prays that Plaintiff's complaint be dismissed and that it be awarded costs of court.

/s/
R. J. Vanzego, Jr., Esq.
Attorney for Defendant
The Law Office of R. J. Vanzego, Jr., Esq. LLC
9200 Basil Court, Suite 550
Largo, Maryland 20774
301.883.8947
USDC Bar Number: MD27205

POINTS AND AUTHORITY
FRCP 12(b)

| | |
|---|---|
| George Edward McDermott<br>143 North Huron Drive<br>Forest Heights, Maryland 20745<br>    Plaintiff<br><br>  v.<br>The Town of Forest Heights, Et. Al.<br>Municipal Building<br>5508 Arapahoe Drive,<br>Forest Heights, MD 20745<br>    &<br>Mayor, Myles Spires, Jr.<br>    &<br>Councilmember, Alice Hoskins Ward 1<br>Councilmember, Andrea McCutcheon Ward 2<br>Councilmember, Clifton Atkinson Ward 2<br>Councilmember, Worthington Ross Ward 3<br>Councilmember, Larry Stoner Ward 3<br>    Defendants | *<br>*<br>*<br>*<br>*CIVIL ACTION NO:<br>*Case No: 06-1097 RCL<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

    Pursuant to Plaintiff hereby gives notice to the Court that a copy of Defendant's Motion to Dismiss was mailed postage prepaid to the Plaintiff, George E. McDermott, 143 North Huron Drive, Forest Heights, MD on September 6, 2006

                                                          /s/
                                     R. J. Vanzego, Jr., Esq.
                                     The Law Office of
                                     R. J. Vanzego, Jr., Esq.
                                     9200 Basil Court, Suite 550
                                     Largo, Maryland 20774
                                     301.883.8947
                                     USDC Bar Number: MD 27205