# United States District Court
# For the District of Columbia

|  |  |
|---|---|
| Plaintiff(s) ) | **APPEARANCE** |
| ) | |
| vs. ) | CASE NUMBER 1:06-cv-01097-RCL |
| ) | |
| Defendant(s) ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of <u>Raymond J. Vanzego, Jr.</u> as counsel in this
              (Attorney's Name)

case for: <u>McDermott v. Town of Forest Heights, et.al.</u>
           (Name of party or parties)

<u>September 6, 2006</u>                     <u>/s/</u>
Date                                          Signature

                                              <u>Raymond J. Vanzego, Jr.</u>
<u>MD27205</u>                                 Print Name
BAR IDENTIFICATION
                                              <u>9200 Basil Court, Suite 550</u>
                                              Address

                                              <u>Largo,    Maryland   20774</u>
                                              City        State       Zip Code

                                              <u>301/883/8947</u>
                                              Phone Number