```
                        UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA
                                                    *
George Edward McDermott                             *
143 North Huron Drive                               *
Forest Heights, Maryland 20745                      *
        Plaintiff                                   *CIVIL ACTION NO:
                                                    *Case No: 06-1097 RCL
     v.                                             *
The Town of Forest Heights, Et. Al.                 *
Municipal Building                                  *
5508 Arapahoe Drive,                                *
Forest Heights, MD 20745                            *
        &                                           *
Mayor, Myles Spires, Jr.                            *
        &                                           *
Councilmember, Alice Hoskins Ward 1                 *
Councilmember, Andrea McCutcheon Ward 2             *
Councilmember, Clifton Atkinson Ward 2              *
Councilmember, Worthington Ross Ward 3              *
Councilmember, Larry Stoner Ward 3                  *
        Defendants                                  *
*************************************************************
```

## MOTION TO ENTER APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Raymond J. Vanzego, Jr. as counsel for the Defendants in the case of **McDermott v. Town of Forest Heights, et. al**.

                                    Respectfully submitted,
                                    Raymond J. Vanzego, Jr.


                                    By:_____/s/_____
                                    R. J. Vanzego, Jr., Esq.
                                    Attorney for Defendant
                                    The Law Office of R. J.
                                    Vanzego, Jr., Esq. LLC
                                    9200 Basil Court, Suite 550
                                    Largo, Maryland 20774
                                    301.883.8947
                                    USDC Bar Number: MD27205