## In the United States District Court for the District of Columbia

George Edward McDermott
Plaintiff   DISENFRANCHISED /
SECOND CLASS CITIZEN
RESIDENT and voter
OF DEFENDANT MUNICIPALITY.
143 North Huron Drive

Forest Heights Maryland 20745
301 839-5816

vs.

**THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED**

**CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.**
Town Atty. And resident agent
Wilmer R, Ticer Esquire
AND Appointed Mayor
Miles Spires Jr. purportedly removed from
office September 7, 2006 by federal agents
pending six-month criminal investigation.

To And
Alice Hoskins-Ward 1
Recently moved out-of-state
no longer eligible to hold office
And
(( Former Councilman Clifton Atkinson-Ward 2))
   SEAT CURRENTLY VACANT
And
 Andrea McCutcheon -Ward 2
appointed to office May 31st 06 by council
without notice. And Without a Quorum
seat Formerly held by appointed Mayor

And
Councilman Worthington Ross-Ward 3

And
Larry Stoner-Councilman Ward 3

JURY TRIAL DEMANDED

Civil case

## 1:06CV01097

Judge Royce C. Lambert

DECK TYPE :
CIVIL RIGHTS
(NON EMPLOYMENT )

JURY DEMAND

RECEIVED
SEP 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**purported acting mayor under Town charter
LEGAL TERM OF OFFICE EXPIRED MAY 31ˢᵗ 2006**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*

**Plaintiffs opposition to motion to dismiss and incorporated FRCP rule 9 (a) motion challenging the defendant and their counsel's legal capacity to represent the, Forest Heights and its residents under FRCP rule 9 (b)©(f) asserting fraud collusion.
And conspiracy to impede justice under FRCP rule 17.**

Comes now George E. McDermott Pro Se Plaintiff and moves this court by the Motion practice to answer defendants motion to dismiss and to correct the record, plaintiffs is also challenging defendants counsel R. J. Vanzego, Jr. And the law firm of R. J. Vanzego, Jr.,Esq. LLC. Legal standing to defend this action as council is and was and employed by Miles Spires in action against town's best interest as court documents attested to. Pursuant to FRCP rule 17 (a) actions shall be brought by the real party of interest. Plaintiff is a real party of interest, 44 Yale L .J. 1291, 1312 - 1317 (1935) specifically <u>Coppedge v. Clinton</u>. Defendants counsel has admitted on the record lack of knowledge of the United States District Court rules, defendants counsel is prejudiced towards the town and its residents as past proceedings will show.

1	In opposition to defendant's frivolous and merit less claims that this court lacks jurisdiction to hear matters arising under the Constitution, and their motion to dismiss is unsupported by the statute which allows civil rights matters and especially voting rights matters to be filed with the this court as the rule specifically states .**Rule 42 1973 (b)(a)(1)commentary establishes this Court jurisdiction.**

To assure that the right of citizens of the United States to vote is not denied or abridged on account of race or color. NO citizens shall be denied the right to vote in any Federal, State, or local Election because of his failure to comply with any of the test device in any State with respect to which the Determination have been made under the first two sentences

of subsection (b)of this section or in political subdivision of such state as such subdivision existed on the date of such determinations were made with respect to such state. **(As such subdivision existed on the date such determinations were made with respect to such State), though such determinations were not made with respect to such subdivisions as a separate unit, or in any political subdivision with respect to which such determinations have been made as a separate unit, unless the United <u>State District Court for the District of Columbia</u> issues a declaratory judgment under this section. No citizen shall be denied the right to vote in any Federal, State or local election because of his failure to comply with any test or device in any State with respect to which the determinations have been made under the third sentence of subsection (b) of this subsection......emphasis** supplied.

2. Plaintiff asserts that defendant's counsel's frivolous motion fails to a knowledge that the town is involved in interstate commerce between the federal government and the town by and through numerous federal programs allocating monies to municipal townships such as Forest Heights for life safety projects, police programs, educational enhancements, and public service projects to name a few. All acts of interstate commerce can be prosecuted or defendant in this very court.1973 (b) or 1973(C) of this title. This Court has jurisdiction to hear this matter under 42 U.S.C. 1973 (a)(1) to Grant relief in the interest of justice, and issue judgments, temporary restraining orders as the Court sees necessary to protect the public interest and voting rights Plaintiff and MUNICIPALITIES citizens.

3. Plaintiff must commend this Court has for its order of September 13, 2006 alerting Pro

Se Plaintiff **[Exhibit 1]** of defendant's filing which defendant's counsel never copied to Plaintiff who only discovered motion to dismiss after using an abundance of caution and visiting the Court September 12 obtaining a copy of the court's docket **[Exhibit 2]** and checking the file jacket where in this motion was discovered defendant's Motion with certificate of service on page 3 of **[Exhibit 3]** indicating to the court that service had been effected. However, as of the filing of this motion in opposition this 15th day of September 2006 Plaintiff is yet to receive defendant's motion local FRCP 7(b) (1) (2). It is asserted that defendant's counsel never mailed motion and falsely asserted affidavit in violation of FRCP rule 11. As to trick the court and Plaintiff Pro Se in bad faith.

4.     Plaintiff now moves by the motion process to add defendant's purported counsel R. J. **Vanzego, Jr. And the law firm of R. J. Vanzego, Jr.,Esq. LLC.** As permitted by FRCP rule 20 permissive Joiner's of parties ( a) all persons may be joined in one action as defendants if there is asserted against them jointly ,severally, or in the alternative the right to relief in respect of or occurrences arising out of the same transaction, occurrences, or series of transactions or occurrence in any question of law or fact, and to all defendants will arise in the action.  In support of the joining of this additional defendant Plaintiff asserts deceit ,fraud, and abuse of practice against counsel who is openly prejudiced against town and in favor of defendant Miles Spires and other name defendants .

5.     In support of plaintiff's assertion that no notice was given Plaintiff now submits video record of town council meeting held at 6 p.m.  September 12, 2006 as the best evidence available under FRCP rule. 9 ( b) (d) (e) (f). The video record of the town meeting clearly shows that defendant's open defiance of the citizens rights under the open meetings act .video also shows that appointed Mayor still overseeing town matters even though the of unusual events of September 7 where Mayor was forcibly removed from office by government agents and is purportedly under a

six-month criminal investigation involving wrongdoing as an officer of the town .video will attest that town insiders and name defendants refused to answer any and all questions relating to the following. (1) charges and circumstances relating to the Mayor's removal by government agents. (2) legal ability to maintain seat on counsel while under alleged criminal investigation.(3) legal ability to hire a law firm **R. J. Vanzego, Jr.,Esq. LLC.** who admitted incompetence in practicing before this Court on the record. (3) Who also is the personal representative of name defendant Miles Spires acting mayor under alleged criminal investigation ( 4) **[Exhibit 4]** video clearly shows defendant's counsel openly supported his client's breach of the law and rule and opposition to the rights and liberties of the Townspeople to have and choose to questions posed.  In summation defendants pleas for relief are merit less ,boilerplate meant to deceive this Court through trickery, deceit, and fraud. Defendants have failed supply the court with case law to support their assertions ,defendant's counsel as **[Exhibit 2 ]**will attest filed numerous motions with the court without copying same to Pro Se plaintiff., docket entries 5 through 13, docket entries 12 and 13 indicate incompetence of counsel.DE,12 line of appearance was entered incorrectly,.defendant's counsel to trick and scheme seeks a dismissal for lack of jurisdiction which is unjustified and without merit .so that this matter can been transferred to the court's in Prince Georges County Maryland which defendant's counsel knows is extremely prejudiced against Plaintiff/second-class citizen as he has most recently been referred to in numerous court orders as[ **Exhibit 5** ] will attest to and [ **Exhibit 6** ]will clearly show that second-class citizen is acting in good faith and in accordance to the court rules, is still in the belief that justice will prevail over evil , fraud, deceit, on part of opponents and their counsel seeking to deceive the court for their own personal gain and enrichment. FRCP rule 1 states and best and I quote " Scope and purpose of the rules" these rules governing the procedure in United States District Court and all suits of a civil nature whether cognizable as cases at  law or equity or in admiralty, with the exceptions stated in rule 81.

They shall be construed and administered to secure the just, speedy, an inexpensive determination of every action. See <u>Clark and Moore</u> a new federal procedure -1. 44 Yale L.J. 387, 395 (1935)

In addition Plaintiff respectfully requests that a hearing be scheduled under FRCP rule 17 (b) © ) to do determine real parties of interest and the possible appointment of a guardian ad litem to represent the residence of Forest Heights as current counsel has stated on the record that counsel has not practiced in this Court in 15 years and is not familiar with the court rules. It would be unfair to defendant Township not to have proper legal representation when it comes to investing them of their legal voting rights and liberties afforded under the Constitution and town charter.

Plaintiff respectfully prays that this court will deny defendant's motion for dismissal and grant petitioner's request to join defendant's counsel, Raymond Jerome Vanzego, Jr and his law firm of R. J. Vanzego, Jr.,Esq. LLC of 9200 Basil Court, Suite 550, Largo, Maryland 20774US District Court Bar # MD27205, as defendants and former counsel of Defendant Miles Spires, Jr. And plaintiff further requests that a hearing be set on record to determine the legal standing to represent parties in this case as per exhibit 4 [video].

Respectfully submitted

*[signature]*

George McDermott
143 N. Huron Drive
Forest Heights, MD 20745
301 839-5816

## Points and Authorities

**FRCP rule 1**
**FRCP rule 9 (a)**
**FRCP rule 9 (b)©(f)**
**FRCP rule 17**
**Rule 42 1973 (b)(a)(1)**
44 Yale L .J. 1291, 1312 - 1317 (1935) specifically <u>Coppedge v. Clinton</u>

Clark and Moore a new federal procedure -1. 44 Yale L .J.

### Exhibits in support of motion for opposition to motion to dismiss

| | |
|---|---|
| Exhibit 1 ] Court order as 7 ( b)  notification | September 13, 2006 |
| Exhibit 2 ] Docket obtained from the court | September 12, 2006 |
| Exhibit 3 ] Defendant's motion obtained from Court records | September 12, 2006 |
| Exhibit 4 ] Video offered under best evidence recorded | September 12, 2006 |
| Exhibit 5 ] Plaintiffs related matters regarding property | September 11 2006 |

Exhibit 6 ] plaintiffs and notice of appeal regarding release and explanation of second-class citizen status

### Certificate of service

I, George E. McDermott, do hereby swear that a copy of the foregoing motion was mailed this 15th day of September to:

R. J. Vanzego, Jr.,Esq. LLC
9200 Basil Court, Suite 550
Largo, Maryland 20774USA

using first class prepaid mail.

George E. McDermott