UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE EDWARD MCDERMOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1097 (RCL) |
| ) | |
| TOWN OF FOREST HEIGHTS *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendants have moved to dismiss the complaint. Plaintiff is representing himself. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).

In accordance, this Court wishes to advise plaintiff that he must respond to defendants' previously filed motion **within fourteen (14) days of the filing date of this Order.** If plaintiff does not respond, the Court will treat the motion as conceded and may dismiss the case.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: September 13, 2006

JURY, PROSE-NP, TYPE-L

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:06-cv-01097-RCL
# Internal Use Only

**2**

MCDERMOTT v. TOWN OF FOREST HEIGHTS et al
Assigned to: Judge Royce C. Lamberth
Cause: 42:1973 Voting Rights Act

Date Filed: 06/15/2006
Jury Demand: Plaintiff
Nature of Suit: 441 Voting
Jurisdiction: Federal Question

**Plaintiff**

GEORGE EDWARD MCDERMOTT
*Citizen and Voter of Municipality*

represented by GEORGE EDWARD MCDERMOTT
143 North Huron Drive
Forest Heights, MD 2-745
US
(301) 839-5816
*PRO SE*

V.

**Defendant**

TOWN OF FOREST HEIGHTS
*Maryland, a registered corporate municipality governed under Maryland constitution article 26 A.*

represented by **Raymond Jerome Vanzego, Jr.**
9200 Basil Court
Suite 550
Largo, MD 20774
(301) 883-8947
Email: rjv@vanzegolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

MILES SPIRES, JR.
*Appointed Mayor, former*

represented by **Raymond Jerome Vanzego, Jr.**
(See above for address)

*Councilman Ward 2*                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**ALICE HOSKINS**                    represented by    **Raymond Jerome Vanzego, Jr.**
*Councilwoman, Ward 1*                                  (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**FORMER COUNCILMAN 1**              represented by    **Raymond Jerome Vanzego, Jr.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**CLIFTON ATKINSON**                 represented by    **Raymond Jerome Vanzego, Jr.**
*Councilman, Ward 2 (term*                              (See above for address)
*expired)*                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**ANDREA MCCUTCHEON**                represented by    **Raymond Jerome Vanzego, Jr.**
*Ward 2*                                                (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**WASHINGTON ROSS**                  represented by    **Raymond Jerome Vanzego, Jr.**
*Ward 3*                                                (See above for address)
*TERMINATED: 08/03/2006*                                *ATTORNEY TO BE NOTICED*

**Defendant**

**LANCE STONER**                     represented by    **Raymond Jerome Vanzego, Jr.**
*Councilman, Ward 3*                                    (See above for address)
*TERMINATED: 08/03/2006*                                *ATTORNEY TO BE NOTICED*

**Defendant**

**ROSS WORTHINGTON**                 represented by    **Raymond Jerome Vanzego, Jr.**
*Councilman, Ward 3*                                    (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**LARRY STONER**  
*Councilman, Ward 3*

represented by **Raymond Jerome Vanzego, Jr.**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2006 | 1 | COMPLAINT against LANCE STONER, TOWN OF FOREST HEIGHTS, MILES SPIRES, JR, ALICE HOSKINS, FORMER COUNCILMAN 1, CLIFTON ATKINSON, ANDREA MCCUTCHEON, WASHINGTON ROSS (Filing fee $ 0.00) filed by GEORGE EDWARD MCDERMOTT. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Notice re Exhibit 8)(tg, ) (Entered: 06/19/2006) |
| 06/15/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by GEORGE EDWARD MCDERMOTT. FIAT " The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof" Judge Lambert. (tg, ) Modified on 6/19/2006 (tg, ). (Entered: 06/19/2006) |
| 06/15/2006 |  | SUMMONS Not Issued as to LANCE STONER, TOWN OF FOREST HEIGHTS, MILES SPIRES, JR, ALICE HOSKINS, FORMER COUNCILMAN 1, CLIFTON ATKINSON, ANDREA MCCUTCHEON, WASHINGTON ROSS (tg, ) (Entered: 06/19/2006) |
| 08/03/2006 | 3 | AMENDED COMPLAINT against ROSS WORTHINGTON, LARRY STONER, TOWN OF FOREST HEIGHTS, MILES SPIRES, JR, ALICE HOSKINS, FORMER COUNCILMAN 1, CLIFTON ATKINSON, ANDREA MCCUTCHEON filed by GEORGE EDWARD MCDERMOTT.(tg, ) (Entered: 08/04/2006) |
| 08/03/2006 | 4 | MOTION for Court Clerk to Prepare and Issue to Plaintiff Summonses for Named Defendants by GEORGE EDWARD MCDERMOTT. (tg, ) (Entered: |

| | | 08/04/2006) |
|---|---|---|
| 08/30/2006 | ●5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ALICE HOSKINS served on 8/26/2006, answer due 9/15/2006 (tg, ) (Entered: 08/31/2006) |
| 08/30/2006 | ●6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ANDREA MCCUTCHEON served on 8/18/2006, answer due 9/7/2006 (tg, ) (Entered: 08/31/2006) |
| 08/30/2006 | ●7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. CLIFTON ATKINSON served on 8/18/2006, answer due 9/7/2006 (tg, ) (Entered: 08/31/2006) |
| 08/30/2006 | ●8 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. TOWN OF FOREST HEIGHTS served on 8/21/2006, answer due 9/11/2006 (tg, ) (Entered: 08/31/2006) |
| 08/30/2006 | ●9 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MILES SPIRES, JR served on 8/22/2006, answer due 9/11/2006 (tg, ) (Entered: 08/31/2006) |
| 09/01/2006 | ●10 | Summons Returned Unexecuted as to ROSS WORTHINGTON. (tg, ) (Entered: 09/05/2006) |
| 09/06/2006 | ●11 | MOTION to Dismiss for Lack of Jurisdiction by TOWN OF FOREST HEIGHTS. (Vanzego, Raymond) (Entered: 09/06/2006) |
| 09/06/2006 | ●12 | ENTERED IN ERROR.....NOTICE of Appearance by Raymond Jerome Vanzego, Jr on behalf of all defendants (Vanzego, Raymond) Modified on 9/7/2006 (tg, ). (Entered: 09/06/2006) |
| 09/07/2006 | ● | NOTICE OF CORRECTED DOCKET ENTRY: re 12 Notice of Appearance was entered in error as the document filed does not list the names of the parties. |

|  |  | Counsel was instructed to refile said pleading. (tg, ) (Entered: 09/07/2006) |
|---|---|---|
| 09/07/2006 | ●13 | NOTICE of Appearance by Raymond Jerome Vanzego, Jr on behalf of all defendants (Vanzego, Raymond) (Entered: 09/07/2006) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| George Edward McDermott<br>143 North Huron Drive<br>Forest Heights, Maryland 20745<br>　　　Plaintiff<br><br>　　v.<br><br>The Town of Forest Heights, Et. Al.<br>Municipal Building<br>5508 Arapahoe Drive,<br>Forest Heights, MD 20745<br>　　&<br>Mayor, Myles Spires, Jr.<br>　　&<br>Councilmember, Alice Hoskins Ward 1<br>Councilmember, Andrea McCutcheon Ward 2<br>Councilmember, Clifton Atkinson Ward 2<br>Councilmember, Worthington Ross Ward 3<br>Councilmember, Larry Stoner Ward 3<br>　　　Defendants | *<br>*<br>*<br>*<br>*CIVIL ACTION NO:<br>*Case No: 06-1097 RCL<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**DEFENDANTS THE TOWN OF FOREST HEIGHT'S MOTION TO DISMISS**

COMES NOW the TOWN OF FOREST HEIGHTS et. al., named as a defendant in the above style and numbered action, and would move the Court to dismiss the complaint as to it, and would show as follows:

1.　The complaint herein fails to state a claim upon which relief can be granted against this defendant, in that it asserts no facts whatsoever upon which any theory relief can be granted.

2.　To dismiss the action on the grounds (a) that the defendant is a municipality organized under the laws of Maryland and was not and is not subject of process within the United States District Court for the District of Columbia.

3. To dismiss the action on the ground that it is in the wrong district because (a) the jurisdiction of this court is invoked solely on the ground that the action arises under the Constitution and laws of the United States and (b) the defendant is municipality incorporated under the laws of the State of Maryland and is not licensed to do or doing business in the District of Columbia.

4. To dismiss the action on the ground that the court lacks jurisdiction over the person who is municipality incorporated under the laws of the State of Maryland.

**WHEREFORE, PREMISES CONSIDERED,** the Town of Forest Heights prays that Plaintiff's complaint be dismissed and that it be awarded costs of court.

/s/
R. J. Vanzego, Jr., Esq.
Attorney for Defendant
The Law Office of R. J. Vanzego, Jr., Esq. LLC
9200 Basil Court, Suite 550
Largo, Maryland 20774
301.883.8947
USDC Bar Number: MD27205

POINTS AND AUTHORITY
FRCP 12(b)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

George Edward McDermott
143 North Huron Drive
Forest Heights, Maryland 20745
       Plaintiff

    v.

The Town of Forest Heights, Et. Al.
Municipal Building
5508 Arapahoe Drive,
Forest Heights, MD 20745
    &
Mayor, Myles Spires, Jr.
    &
Councilmember, Alice Hoskins Ward 1
Councilmember, Andrea McCutcheon Ward 2
Councilmember, Clifton Atkinson Ward 2
Councilmember, Worthington Ross Ward 3
Councilmember, Larry Stoner Ward 3
       Defendants

*CIVIL ACTION NO:
*Case No: 06-1097 RCL

## CERTIFICATE OF SERVICE

Pursuant to Plaintiff hereby gives notice to the Court that a copy of Defendant's Motion to Dismiss was mailed postage prepaid to the Plaintiff, George E. McDermott, 143 North Huron Drive, Forest Heights, MD on September 6, 2006

                              /s/
                            R. J. Vanzego, Jr., Esq.
                            The Law Office of
                            R. J. Vanzego, Jr., Esq.
                            9200 Basil Court, Suite 550
                            Largo, Maryland 20774
                            301.883.8947
                            USDC Bar Number: MD 27205

Exhibit 4 Video record of town council meeting, 9-12-06 6pm, showing mayor still in control, after being removed by federal agency and allegedly under 6 month criminal investigation as per the Forest Heights Freedom Fighters who were present at the meeting Case # 1:06CV01997

4

|  |  |
|---|---|
| George McDermott et ux<br>vs.<br>Wayne A. Bowie et al | \*<br>\*<br>\*  IN THE<br>\*  COURT OF SPECIAL APPEALS<br>\*<br>\*<br>\*  No. 01239<br>\*  September Term, 2006<br>\*<br>\* |

### O R D E R

The Court of Special Appeals, pursuant to Maryland Rule 8-206(a)(1), orders and directs that the above captioned appeal proceed without a Prehearing Conference.

                              BY THE COURT

                              _____
                              JAMES R. EYLER, JUDGE

Date: September 11, 2006

ROSALYN E. PUGH, CLERK
CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY
(See attached Mailing List)

Dear Clerk: Will you kindly place this order with the record in this cause (00CAL9513288). <u>The date of this Order establishes commencement of the 10 day period under Md. Rule 8-411(b) and the 60 day period for transmittal of the record under Md. Rule 8-412(a)</u>.

In the Circuit Court for Prince Georges County Maryland

Wayne A Bowie at all
Plaintiffs

v.

George E. McDermott
and
Patricia J. McDermott
defendants

Civil case cal 95 - 13288
Appellate case
September Term. 01 - 1961

*********************************************************************

# Motion of

## Second-Class Citizen George E. McDermott / Defendants Motion for Reconsideration

and incorporated motion for court to

## Clarify its Order of September 6 to 2006

and further motion to COURT to <u>alter and amend its judgment</u> order under Maryland rules – 533 and 2 - 534

<u>Comes NOW second-class citizens George E. McDermott</u> and co-defendant Patricia J. McDermott to move this Court by motion to alter and amend its judgment order of March September 6 2006, and further to have the Court <u>clarify its ambiguous and unfounded</u> assertions that the court has put forth in its order of September 6, 2006 Exhibit 1 that the order is inconsistent with the legislative intent, purpose, and function, of the Court rules, and the mandated object of the Maryland judicial system to promote confidence in a fair and unbiased Judiciary, as outlined in courts and judicial proceedings rule 6 – 408  6 - 406.1 something this order fails to achieve. The primary function for Courts is to prevent abusive proceedings and promote fairness in the legal process, not to <u>foster corruption and a legal wrongful behavior of Court insiders and their agents improperly using the Courts as a weapon</u> against the weakend defendant as cited in 3 - 1401 (a) (b) (c) also known as Maryland Uniform Contribution Among

Page 1 of 6