In the United States District Court for the District of Columbia

George Edward McDermott
Plaintiff   DISENFRANCHISED /
SECOND CLASS CITIZEN
DEMANDED      RESIDENT and voter
OF DEFENDANT MUNICIPALITY.
143 North Huron Drive
Forest Heights Maryland 20745
301 839-5816
    vs.
THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED

CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.
<u>Town Atty. And resident agent</u>
Wilmer R,Ticer Esquire
AND Appointed Mayor
Miles Spires Jr. purportedly removed from
office September 7, 2006 by federal agents
pending six-month criminal investigation.

To And
Alice Hoskins-Ward 1
<u>Recently moved out-of-state</u>
<u>no longer eligible to hold office</u>
And
(( Former Councilman Clifton Atkinson-Ward 2))
  <u>SEAT CURRENTLY VACANT</u>
And
Andrea McCutcheon -Ward 2
appointed to office May 31st 06 by council
without notice. And Without a Quorum
seat Formerly held by appointed Mayor
And
Councilman Worthington Ross-Ward 3
And
Larry Stoner-Councilman Ward 3
purported acting mayor under Town charter
LEGAL TERM OF OFFICE EXPIRED MAY 31st 2006
*************************************************************************************

JURY TRIAL

Civil case

06-CV-1097 J.R.L.


DECK TYPE :
CIVIL RIGHTS
(NON EMPLOYMENT )




JURY DEMAND


**RECEIVED**

SEP 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs notice all filing of videotapes in
support of petition and opposition to motion to dismiss

Comes now George E. McDermott Pro Se Plaintiff to correct deficiency in filing as Plaintiff was notified on the 18th day of September 2005 that a notice all filing VHS tapes is required to be filed with the court, whenever a party submits videotapes in support of motions for relief.

1.  This notice this filed pursuant to court rulings alerting parties in interest that the plaintiff has supplemented the record with VHS recording of public meetings in the town of Forest heights Maryland under the best evidence rule. And that videos are on file with the clerk of the court and can be reviewed upon request during normal business hours of the court Monday through Friday some advance notice may be required. Videos can be identified as exhibit 4 in plaintiffs opposition to motion to dismiss. .

Respectfully submitted

George Edward McDermott

Certificate of service

I, George E. McDermott, do hereby swear that a copy of the foregoing motion was mailed this 18th day of September to:

R. J. Vanzego, Jr.,Esq. LLC
9200 Basil Court, Suite 550
Largo, Maryland 20774USA

using first class prepaid mail.

2