UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE EDWARD MCDERMOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1097 (RCL) |
| ) | |
| TOWN OF FOREST HEIGHTS *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Defendant Town of Forest Heights has moved to dismiss the complaint but has not provided "a statement of the specific points of law and authority that support the motion." LCvR 7. Accordingly, it is

ORDERED that defendant's motion to dismiss [Dkt. No. 11] is DENIED without prejudice.[1]

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: November 17, 2006

---

[1] It appears that the motion is not brought on behalf of the individually named defendants who have been served with process and for whom counsel has also appeared. Their answers to the complaint are overdue. In view of this ruling, the Court will take no action at this time. Pursuant to Fed R. Civ. P. 12(a)(4)(A), defendants have ten (10) days from this Order to file a responsive pleading and/or a renewed dispositive motion.