IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **George Edward McDermott** | * |
| **143 North Huron Drive** | * |
| **Forest Heights, Maryland 20745** | * |
| Plaintiff | *CIVIL ACTION NO: |
|  | *Case No: 06-1097 RCL |
| v. | * |
| **The Town of Forest Heights, Et. Al.** | * |
| **Municipal Building** | * |
| **5508 Arapahoe Drive,** | * |
| **Forest Heights, MD 20745** | * |
| & | * |
| **Mayor, Myles Spires, Jr.** | * |
| & | * |
| **Councilmember, Alice Hoskins Ward 1** | * |
| **Councilmember, Andrea McCutcheon Ward 2** | * |
| **Councilmember, Clifton Atkinson Ward 2** | * |
| **Councilmember, Worthington Ross Ward 3** | * |
| **Councilmember, Larry Stoner Ward 3** | * |
| Defendants | * |

*******************************************************************

**DEFENDANT'S THE TOWN OF FOREST HEIGHT'S ET. AL.
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant, the TOWN OF FOREST HEIGHTS et. al., files this motion to dismiss plaintiff, George E. McDermott's suit for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

**A. Introduction**

1) Plaintiff sued defendant for violation the Town of Forest Heights, Maryland Charter, and voting rights act of 1964.

2) Defendant had no minimum contacts with the forum to justify the court's exercise of jurisdiction over defendant or its property. Therefore, the court should dismiss all of plaintiff's claims against defendant.

**B. Argument & Authorities**

**Exercise of Jurisdiction Would Violate Due Process**

3) The court's assumption of jurisdiction over defendant and its property will violate the due process clause of the Fifth Amendment to the United States Constitution because the defendant had no contacts with the forum state. See World-Wide Volkswagen Corp v. Woodson, 444 U.S. 286, 291-92, 100 S.Ct. 559, 564 (1980); International Shoe Co. v. Washington, 326 U.S. 310, 316, 66 S.Ct. 154, 158 (1945).

**No Minimum Contacts**

4) This court does not have jurisdiction over defendant because defendant did not establish sufficient "minimum contacts" with the forum state to give the court specific or general jurisdiction.

5) The court does not have specific jurisdiction over defendant because plaintiff's cause of action did nto arise from or relate to defendant's contacts with the forum state. Helicopteros Nacionales de Columbia, S.A. v. Hall, 466 U.S. 408, 414 n.8, 104 S.Ct. 1868, 1872 n.8 (1984). Rather, plaintiff's, a resident of the Town of Forest Height's Maryland, cause of action arose from a dispute regarding amendments to the Town of Forest Height's Charter by its elected officials. Furthermore, the Town of Forest Height's is a municipality incorporated under the laws of

the State of Maryland and is not licensed to do or doing business in the District of Columbia.

6) The court does not have general jurisdiction over defendant because defendant has not had continuous or systematic contacts with the forum state. Id., 466 U.S. 408, 414-16 N.8. 104 S. Ct. 1868, 1872-73 n.8 (1984).

### Not Fair Play

7. The court's assumption of jurisdiction over defendant and its property will offend traditional notions of fair play and substantial justice. International Shoe, 362, U.S. at 316, 66 S. Ct. at 158.

8. If the court denies this motion, it will assume jurisdiction in a dispute in which the forum has no interest because the dispute regards amendments to the Town of Forest Height's Maryland Charter by its elected officials and plaintiff and defendant are both non-residents of the District of Columbia.

### C. Conclusion

Defendant's amendments to the Town of Forest Heights Maryland Charter are not minimum contact" with the forum state. Further, the court's assumption of jurisdiction over

defendant will offend traditional notions of fair play and justice and will not be consistent with due process of law.

**WHEREFORE, PREMISES CONSIDERED**, the Town of Forest Heights prays that Plaintiff's complaint be dismissed and that it be awarded costs of court.

Respectfully submitted,
Raymond J. Vanzego, Jr.

By:_____/s/_____
R. J. Vanzego, Jr., Esq.
Attorney for Defendant
The Law Office of R. J. Vanzego, Jr., Esq. LLC
9200 Basil Court, Suite 550
Largo, Maryland 20774
301.883.8947
USDC Bar Number: MD27205

POINTS AND AUTHORITY
FRCP 12(b)(2)

World-Wide Volkswagen Corp v. Woodson, 444 U.S. 286, 291-92, 100 S.Ct. 559, 564 (1980.
International Shoe Co. v. Washington, 326 U.S. 310, 316, 66 S.Ct. 154, 158 (1945).
Helicopteros Nacionales de Columbia, S.A. v. Hall, 466 U.S. 408, 414 n.8, 104 S.Ct. 1868, 1872 n.8 (1984).

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
                                                *
```
**George Edward McDermott**                         \*
**143 North Huron Drive**                           \*
**Forest Heights, Maryland 20745**                  \*
      **Plaintiff**                               \***CIVIL ACTION NO:**
                                               **\*Case No: 06-1097 RCL**
   **v.**                                        \*
**The Town of Forest Heights, Et. Al.**             \*
**Municipal Building**                              \*
**5508 Arapahoe Drive,**                            \*
**Forest Heights, MD 20745**                        \*
    **&**                                         \*
**Mayor, Myles Spires, Jr.**                        \*
    **&**                                         \*
**Councilmember, Alice Hoskins Ward 1**             \*
**Councilmember, Andrea McCutcheon Ward 2**         \*
**Councilmember, Clifton Atkinson Ward 2**          \*
**Councilmember, Worthington Ross Ward 3**          \*
**Councilmember, Larry Stoner Ward 3**              \*
      **Defendants**                              \*
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE

    Pursuant to Plaintiff hereby gives notice to the Court that a copy of Defendant's Amended Motion to Dismiss was mailed postage prepaid to the Plaintiff, George E. McDermott, 143 North Huron Drive, Forest Heights, MD on November 27, 2006

                                             /s/
                                 R. J. Vanzego, Jr., Esq.
                                 The Law Office of
                                 R. J. Vanzego, Jr., Esq.
                                 9200 Basil Court, Suite 550
                                 Largo, Maryland 20774
                                 301.883.8947
                                 USDC Bar Number: MD 27205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **George Edward McDermott** <br> **143 North Huron Drive** <br> **Forest Heights, Maryland 20745** <br>     Plaintiff <br> <br>   v. <br> **The Town of Forest Heights, Et. Al.** <br> **Municipal Building** <br> **5508 Arapahoe Drive,** <br> **Forest Heights, MD 20745** <br>     & <br> **Mayor, Myles Spires, Jr.** <br>     & <br> **Councilmember, Alice Hoskins Ward 1** <br> **Councilmember, Andrea McCutcheon Ward 2** <br> **Councilmember, Clifton Atkinson Ward 2** <br> **Councilmember, Worthington Ross Ward 3** <br> **Councilmember, Larry Stoner Ward 3** <br>     Defendants | * <br> * <br> * <br> * <br> ***CIVIL ACTION NO:** <br> ***Case No: 06-1097 RCL** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON DEFENDANT'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

On _____ 2006, the court considered defendant, The Town of Forest Height's motion to dismiss for lack of personal jurisdiction. After considering the motion and the response, the court

GRANTS the motion and dismisses plaintiff's suit without prejudice to refiling the suit in The United States District Court of Maryland, Greenbelt Division.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:
_____/s/_____
R. J. Vanzego, Jr.