In the the United States District Court for the
the District of Columbia

| | | |
|---|---|---|
| In the matter of | ( | |
| George McDermott | ( | JURY TRIAL DEMANDED |
| Plaintiff | ( | ON ALL CLAIMS OF RELIEF |
| V. | ( | |
| The Town of Forest Heights MD. | ( | CIVIL ACTION |
| | ( | |
| | ( | NO. 06-1097 (RCL) |
| | ( | |
| Et, el. | ( | |

**MOTION FOR DEFENDANT CORP. THE TOWN OF FOREST HEIGHTS MD.
And its agents to respond to outstanding motions of plaintiff and court order of
November 17, 2006 under FRCP rule 12 (h) and rule 17 (a) (b)**

Comes now George McDermott and moves this court by the motion process for a pretrial

hearing on the record under FRCP rule 16 (a) (2) (4) (b) (1) (4). A hearing is necessary

becausethe defendants alleged council has repeatedly failed to act in good faith in its

representation to court under FRCP rule 11 (b) (2). The defendants nt the citizens interest in this

lawsuit.

1.   The court order of November 17, 2006 **[exhibit2]** indicates that **[Dkt. Entry 11]** was denied by the

court because defendants council through negligence and arrogance failed to enclose specific

points and authorities that supported the motion to dismiss. A motion that plaintiff has never

received from defendants council, either jointly, or separately from any of the main defendants

listed in the original complaint.

2.   Pro se plaintiff objects to the court granting of a dismissal without prejudice to defendants

as it is in conflict with FRCP rule 12 (h) (1) (2) defendants have waived defenses either through

lack of due diligence or direct fraud of the court by failing to assert positive defenses and to notify

party opponents of them consistent with FRCP rule 10 and rule 11 (a) (b) plaintiff has not

RECEIVED
NOV 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

received one pleading from any of these defendants, attorneys or representatives in this matter.

3.    Plaintiff is submitting for the record November 21, 2006 newsletter hand-delivered to

residents properties by town employees special edition [exhibit1] which was delivered November

24 2006 purportedly to each legally affected town resident notifying plaintiff and other taxpayers

of THE TOWN OF FOREST HEIGHTS MARYLAND.

4.    Plaintiff is astonished that not one of defendants council have acted in good faith and

responded to this complaint, and that since the filing of the original complaint second mayor has

been removed from office, and acting mayor and town council continue to disenfranchised voters

rights through special legislation and closed meetings..

5.    Plaintiff was videotaped at the last town meeting of challenging the authority of new

town council to hold elections without giving proper notice to the voters items discussed were as

follows.

1. Town council and representatives could not answer whether special called elections for purpose of adopting charter amendments 21 the removal of the mayor was legal and in conformity with the town charter.
2. No legal representative was present at the meeting to inform residents of the legal rights and constitutional rights to hold the special called elections.
3. No one on the town council could it to the question as to who would organize the alleged upcoming election.
4. Town is without a current election commission or election Commissioner to supervise the upcoming election.
5. Town council stated that town charter forbids charter amendments or petitions such as the ones before the court for ballot referendums to be placed on the ballot for popular vote, military was there to advise the electric of our legal rights.
6. Council stated for the record that R.J.Vanzego,Jr. Esq. And 9200 Basal Ct. Largo Maryland 20774. Was no longer representing the town or any of the named defendants with town paying for their collective or individual representation..
7. Representation from town's alleged attorney Wilmer R Ticer Esq. Stated on the record that he would not be representing this case for lack of practice knowledge in United States district with the District of Columbia.

4.      It is for this reason that plaintiff respectfully request that the court schedule a hearing date on the record to these all of these questions and allow parties to go on record with amendments to pleadings under FRCP rule 15, (b) to conform with the evidence before the court.

5.      Plaintiff asserts that a pretrial hearing is in conformity with FRCP rule 16 (a) (b) and ( c ) (15) (16). And the court issued an order compelling defendants in their council to produce evidence of standing before this court before they are allowed assert any defenses, afforded parties that act in good faith in accordance with established with policy and procedure.

6.      Plaintiff respectfully moves that this court schedule the court date and its earliest possible convenience to resolve the matters addressed in the foregoing paragraphs 1-5 as it is in the best interests of justice and is necessitated by defendants agents November 21 notification to residents of special called elections which is without proper legal notice. As required under article 23 A. Of the town charter. A knowing violation of citizens Vested voting rights.

Respectfully submitted

George E. McDermott
143 North Huron Drive
Forest Heights Maryland
20745
phone (301) 839-5816
fax    (301) 567-3980

### Points and authorities
Federal Rules of Civil Procedure.
Rule 1,9,10,11,12,14.16.17, and rule 19 (a)

### Exhibits

1. Informal notice of special called elections and charter amendments in violation of town charter
2.. Court order of November 17, 2006 no notices to defendants agents or council.

## Certificate of service

Plaintiff certifies that defendants alleged council was mailed this pleading accordance with the court by first-class United States mail address to R.J.Vanzego,Jr. Esq.at 9200 Basal Ct. Largo Maryland 20774., last no council for defendants and the defendants as court records will attest to.

*[signature] 11/24/06*



# FOREST HEIGHTS NEWS

## SPECIAL EDITION

Incorporated 1949

53rd Year, Issue No. 16

November 21, 2006

## Summary of Proposed Amendments to the Forest Heights Town Charter

*2 of 4 Publications as Required by the Annotated Code of Maryland*

At its regular legislation session on November 15, 2006, the Forest Heights Town Council passed six amendments to the Town Charter in accordance with procedures required by Article 23A of the Maryland State Code. Below is a summary of those amendments. Article 23A also provides that if 20% of the Town's registered voters submit a valid petition within 40 days of the passage of the resolutions, the resolutions will not go into effect until voted on in a referendum either at the next scheduled election (March 14, 2007) or at a special election called by the Town Council. If such valid petition is not received by December 26, 2006, the resolutions as summarized below will go into effect on January 4, 2007.

**Proposed Charter Amendment 21** - This amendment to Town Charter Section 33-15 will change the term of office of the Forest Heights Mayor, by terminating the term of the current Mayor, Myles Spires, at midnight on January 4, 2007, and installing the Council President as Acting Mayor until a special election is held no later than January 24, 2007.

**Proposed Charter Amendment 22** - This Town Charter amendment will add a recall provision to the Town Charter in which 20 % of the Town's registered voters can request a special election at which an elected official could be removed from office.

**Proposed Charter Amendment 23** - This amendment inserts a subsection to Town Charter Section 33-18 defining the powers and duties of the Mayor. This insertion defines the Mayor as the Town's Chief Executive Officer, restoring wording that existed in the Charter prior to November 16, 2005.

**Proposed Charter Amendment 24** - This amendment repeals a subsection to Town Charter Section 33-18 that was added on February 16, 2006, which defined the role of the Mayor as the Town's Chief Executive Officer and provided specific instructions regarding the Mayor's consultations with the Council after a budget was approved.

**Proposed Charter Amendment 25** - This Town Charter amendment establishes consistency between the change to Charter section 15 as provided for in Charter amendment 21 above, and the four year term for the Mayor provided for in Charter Section 33-32.

**Proposed Charter Amendment 25** - This amendment to Town Charter Section 33-32 provides that the election of Councilmen scheduled for March 2007 will be held at the special election in January 2007, and then revert to the four-year cycle for that group of Council members in March 2011.

*The full text of all the resolutions containing the proposed amendments can be found on the Bulletin Board at the Forest Heights Municipal Building, 5508 Arapahoe Drive, Forest Heights, MD 20745.*



# Special Election of the Mayor and Three Council Members to be held on January 24, 2007

The Forest Heights Town Council passed six amendments to the Town Charter on November 15, 2006 that will result in Myles Spires being removed from office as Mayor of Forest Heights. The Council is scheduling an election for January 24, 2006 at which a new Mayor and three Council members will be elected by the registered voters of Forest Heights according to the procedures established in the Forest Heights Charter.

Forest Heights citizens who are registered voters in the Town (or their respective ward for Council seats) at least one year prior to the January 24, 2007 election are eligible to run for these offices. Those persons choosing to run for these offices may begin campaigning for these positions at any time. At a date yet to be set in December 2006, eligible citizens wanting their names to be place on the ballot will be required to submit a nomination form which is available in the Town Clerk's office. This will be the same form that was used in prior Forest Heights Town elections.

Furthermore, persons filing the nomination form will be able to submit a campaign statement to the Town Clerk. The statement will be distributed in January to all residents in Forest Heights, in keeping with past practices of the Town in general Town elections.

1B

# Summary of Proposed Amendments to the Forest Heights Town Ordinance

*2 of 2 Publications as Required by the Section 33-12. Ordinances*

At the regular Town Meeting on November 15, 2006, the Forest Heights Town Council introduced two amendments to the ordinance code as summarized below, which will go into effect 30 days after its passage.

## ORDINANCE NUMBER 36-06
### INCREASE THE SALARY OF ELECTED OFFICIALS
### SECTION 1.2. COMPENSATION OF THE MAYOR AND COUNCILPERSONS.

Town Council of Forest Heights proposes to amend the Ordinance Code of the Town of Forest Heights Section 1.2 Compensation of the Mayor and Councilpersons.. The amendment of the Ordinance Code of the Town of Forest Heights shall be enacted by striking the following words:

*"The Mayor shall receive a salary of $2,600.00 per year payable quarterly. Each councilperson shall receive a salary of $1,000 per year payable quarterly."*

And insert the following wording:

"The Mayor shall receive a salary of $10,000.00 per year payable monthly. Each Council person shall receive a salary of $5,000 per year payable monthly."

## RESOLUTION NO. 37-06 TO AMEND THE ORDINANCE ENTITLED
### LEGISLATIVE PRACTICES AND PROCEDURES ACT OF 2006

Legislative Body of Forest Heights shall hereby amend the Legislative Practices and Procedures Act of 2006 in the Town of Forest Heights, Article 24 of the Forest Heights Code of Ordinances by striking paragraph 2 which now reads:

*"2) No councilperson, other than the Mayor, shall solicit or communicate with agencies with whom the town may or is attempting to procure funding, expedite funding, or manage funding. Permission to make any such communication must be with the written consent of the Mayor."*

And inserting a new paragraph 2 to read as follows:

"2) No councilperson, other than the Mayor, shall solicit agencies with whom the town may or is attempting to procure funding, expedite funding, or manage funding. Council members shall keep the Mayor informed about any communication they may have with such agencies."

# TOWN TRASH COLLECTION

### TRASH COLLECTION SCHEDULE
### PICK-UP DAYS BEGIN AT 6:30 a.m.

MONDAY—*Recycling*

TUESDAY—*Trash*

WEDNESDAY—*Bulk & Yard Waste*

FRIDAY—*Trash*

### You must use trash containers with lids

Trash consist of all mixed combustibles and non-combustibles including garbage, household trash, paper, rags, and cardboard. Trash should be placed within two feet of the curb line.

The County also collects recyclable materials in the Town on **MONDAY** (plastics, newspapers, etc.)

Every WEDNESDAY, tree trimmings, grass and leaves will be picked up, provided they are no longer than 4 feet and tied in small bundles. Grass clippings should be in trash bags.

*Whenever Prince George's County Government holidays are celebrated on a Tuesday or Friday, trash will not be picked up on those days, nor will there be a make up date.* However, trash will be picked up on the next regular scheduled pick-up date. Your cooperation with Town Ordinances for disposing of residential trash is important for maintaining health and property values in the Town.

*THANK YOU!*

There will be trash pick on Friday, November 24, 2006.



RECYCLE BINS FOR RESIDENT

PLEASE CALL (301) 952-7630

# WORK SESSION & TOWN MEETING SCHEDULE

### ****TOWN MEETING****
### December 20, 2006



Town Meetings are always held on the third Wednesday at 8:00 p.m. during the months of September - June. Mayor/Council Work Sessions are held on the first Monday of the month (Tuesday when Monday is a holiday or as absolutely necessary). Meetings are open to the public.

### *Mayor/Council Work Session*

- Monday, Dec. 4 @ 7:30 pm
- Monday, Jan. 8, 2007 @ 7:30 pm

### *Town Meeting*

- Wednesday, Jan 17, 2007 @ 8 pm
- Wednesday, Feb 21, 2007 @ 8 pm

---

*Deadline to submit articles for the December 2006 newsletter is November 24, 2006. Articles are to be turned in via email to townclerk.fh@verizon.net or mailed to the Municipal Building at 5508 Arapahoe Drive, Forest Heights, MD 20745.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE EDWARD MCDERMOTT,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )  Civil Action No. 06-1097 (RCL)<br>  )<br>TOWN OF FOREST HEIGHTS *et al*,  )<br>  )<br>Defendants.  )<br>_____ ) | |

## ORDER

Defendant Town of Forest Heights has moved to dismiss the complaint but has not provided "a statement of the specific points of law and authority that support the motion." LCvR 7. Accordingly, it is

ORDERED that defendant's motion to dismiss [Dkt. No. 11] is DENIED without prejudice.[1]

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: November 17, 2006