In the the United States District Court for the
the District of Columbia

| | |
|---|---|
| In the matter of<br>George Edward McDermott<br>143 N. Huron Dr. Forest Heights, MD 20745 | JURY TRIAL DEMANDED |
| Plaintiff<br>V.<br>The Town of Forest Heights MD., Et .Al.<br>Municipal Building. | ON ALL CLAIMS OF RELIEF<br><br>CIVIL<br>NO. 06-1097 ( RCL ) |
| 5508 Arapaho Dr.<br>Forest Heights, MD 20745.<br>&<br>Removed mayor Miles Spiers Jr.<br>&<br>Former Councilwoman Alice Hoskins<br>Ward 1<br>Council member Andrea McCutcheon, Ward1<br>Council member, Clifton Atkinson, Ward 3<br>Council member Worthington Ross, Ward 3<br>Council member, Larry Stoner, Ward 3<br>Defendants | |

**MOTION FOR DEFENDANT CORP., THE TOWN OF FOREST HEIGHTS MD.
And its purported counsel agents to respond to outstanding motions of plaintiff and
court order of December 6 , 2006 under FRCP rule 12 (h) and rule 17 (a) (b)**

Comes now George McDermott and moves this court by the motion process for a pretrial hearing on the record under FRCP rule 16 (a) (2) (4) (b) (1) (4). A hearing is necessary because the defendants, alleged council, has repeatedly failed to act in good faith in its representation to court under FRCP rule 11 (b) (2). The defendants purported council is not acting in the best interest of his purported clients in this lawsuit lawsuit.

1. Plaintiff pro se moves this court by the motion practice to compel defendants alleged council to produce to plaintiff their purported motion to dismiss under FRCP rule 12 (B)(2) for

RECEIVED
DEC 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

purported lack of jurisdiction, once again defendants alleged council as failed to to mail notice a motion to plaintiff required under court rules..[Exibit 1].

2.      Plaintiff pro se is notifying Plaintiff will be visiting court to get copy of Defendants alleged Motion to dismiss so a propre response can be made .

Respectfully submitted



George E. McDermott

143 North Huron Drive

Forest Heights Maryland

20745

phone (301) 839-5816

fax     (301) 567-3980


**Points and authorities**

Federal Rules of Civil Procedure.

Rule 1,9,10,11,12,14.16.17, and rule 19 (a)


**Exhibits**

1.. Court order of December 6, 2006 , .Plaintiff certifies that defendants NEVER COPIED Plaintiff with alleged Motion. as required by COURT RULES


**Certificate of service**

Page 2 of  3

Plaintiff certifies that defendants alleged council was mailed this pleading accordance with the court by first-class United States mail address to R.J.Vanzego,Jr. Esq.at 9200 Basal Ct. Suite 510 Largo Maryland 20774., last Known council for defendants and the defendants as court records will attest to. 12 /12 / 06

Respectfully submitted

George T. McDermott

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE EDWARD MCDERMOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN OF FOREST HEIGHTS *et al*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-1097 (RCL) |

## ORDER

Defendants move to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction. Plaintiff is representing himself. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).

In accordance, this Court wishes to advise plaintiff that he must respond to defendants' previously filed motion **within fourteen (14) days of the filing date of this Order.** If plaintiff does not respond, the Court will treat the motion as conceded and may either dismiss the case or transfer it to the United States District Court for the District of Maryland.

SO ORDERED.

                                                   _____s/_____
                                                   Royce C. Lamberth
                                                   United States District Judge

Date:  December 6, 2006



**Utility Events**

1:06-cv-01097-RCL MCDERMOTT v. TOWN OF FOREST HEIGHTS et al

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from rje, entered on 12/6/2006 at 3:36 PM EDT and filed on 12/6/2006

**Case Name:**       MCDERMOTT v. TOWN OF FOREST HEIGHTS et al
**Case Number:**    1:06-cv-1097
**Filer:**
**Document Number:**

**Docket Text:**
Set/Reset Deadlines: Plaintiff's Response to Defendants Motion to dismiss due by 12/20/2006 (rje)

The following document(s) are associated with this transaction:

**1:06-cv-1097 Notice will be electronically mailed to:**

Raymond Jerome Vanzego , Jr    rjv@vanzegolaw.com

**1:06-cv-1097 Notice will be delivered by other means to:**

GEORGE EDWARD MCDERMOTT
143 North Huron Drive
Forest Heights, MD 20745