UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| GEORGE EDWARD MCDERMOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-1097 (RCL) |
| TOWN OF FOREST HEIGHTS *et al*, | ) | |
| Defendants. | ) | |

TRANSFER ORDER

Plaintiff moves for additional time to respond to defendants' motion to dismiss for lack of personal jurisdiction or, in the alternative, for the Court to take judicial notice of the "responsive pleadings on the record." Mtn. at 1. Plaintiff has not stated how much time he needs to respond to defendants' motion. It is clear from the complaint and defendants' motion, however, that the Court lacks personal jurisdiction over the defendants, all of whom are located in Maryland. Rather than dismiss the complaint, the Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is

ORDERED that all pending motions [Dkt. Nos. 19, 20, 22, 23] are DENIED without prejudice; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. §1406, this case is TRANSFERRED to the United States District Court for the District of Maryland.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: January 3, 2007