Ory.

# In the United States District Court for the District of Columbia

George Edward McDermott
Plaintiff  DISENFRANCHISED /
SECOND CLASS CITIZEN
RESIDENT and voter
OF DEFENDANT MUNICIPALITY.
143 North Huron Drive
Forest Heights Maryland 20745
301 839-5816
vs.

THE TOWN OF FOREST HEIGHTS
MARYLAND AS A REGISTERED
CORPORATE MUNICIPALITY
GOVERNED UNDER MARYLAND
CONSTITUTION ARTICLE 26 A.
Town Atty. And resident agent
Wilmer R, Ticer Esquire
 AND Appointed Mayor
 Miles Spires Jr. purportedly removed from
office September 7, 2006 by federal agents
pending six-month criminal investigation.
ToAnd
Alice Hoskins-Ward 1
Recently moved out-of-state
no longer eligible to hold office
And
(( Former Councilman Clifton Atkinson-Ward 2))
   SEAT CURRENTLY VACANT
And
 Andrea McCutcheon -Ward 2
appointed to office May 31st 06 by council
without notice.  And Without a QUARM
seat Formerly held by appointed Mayor
And
Councilman Worthington Ross-Ward 3
 And
Larry  Stoner-Councilman Ward 3
purported acting mayor under Town charter
LEGAL TERM OF OFFICE EXPIRED MAY 31st 2006

JURY TRIAL DEMANDED

Civil case

1:06CV01097

Judge Royce C. Lambert

DECK TYPE : CIVIL RIGHTS
(NOT AN EMPLOYMENT )

**RECEIVED**

FEB 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JURY DEMAND

## EMERGENCY REQUEST TO THE COURT CLERK

Comes now, George E. McDermott, to make an emergency request for the court clerk to identify for the record, which court in the State of Maryland this case was transferred to and on what date the transfer took place. Have the files been transferred to the new court? And second make a part record in the case file that Maryland Court's not assign this matter to Judge Marvin

1

RECEIVED
FEB 1 4 2007
NANCY MAYER WHITTINGTON CLERK
U.S. DISTRICT COURT

J. Garbis or Judge Peter J. Messite as they have both been formally petitioned to formally recuse themselves from any further proceedings involving the plaintiff or his immediate family because of prejudice towards this plaintiff in prior proceedings.

Madam clerk, enclosed as attachment 1 is an order obtained from the court files on 1/31/07 document number 24 directing that this matter be transferred. A check with the clerk's office as of 1/31/07 and a Pacer check as of 2/13/07 indicates that no action has been taken to advance this matter to the next court. As a candidate for public office in the Town of Forest Heights. Exhibit 2, which indicates that the town is moving forward an illegal and unsupervised election, I have asked that the U. S. Justice Department intervene on behalf of the citizens, Exhibit 3. **It is imperative that this case be immediately transferred** so that the voters are not forced to vote on referendums that will disenfranchise them from future voting rights and extend the terms of office of those responsible for litigation before this court. Could you please contact me by email at secretjusticepr@yahoom.com or phone at, 301 839-5816, cell phone 301 996-9577 or by fax at 301 996-9577.

Respectfully submitted,

George E. McDermott, second class citizen
143 North Huron Drive
Forest Heights, MD 20745
301 839-5816 home
301 996-9577 cell
301 567-3988 fax

## CERTIFICATE OF SERVICE

I, George E. McDermott, to hereby certify that a copy of the Emergency Request to the Court Clerk, was mailed via First Class U. S. mail, postage prepaid to defendant's counsel this 14th day of February, 2007 to:

Raymond Jerome Vanzego, Jr.
9200 Basil Court
Suite 550
Largo, Md. 20774

George E. McDermott

Attachment 1 Copy of transfer order
Attachment 2 Forest Heights News Special Edition Announcing Election to be held on
    3/14/2007
Attachment 3 Letter to US Justice Department of February 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GEORGE EDWARD MCDERMOTT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOWN OF FOREST HEIGHTS *et al*, ) <br> ) <br> Defendants. ) | Civil Action No. 06-1097 (RCL) |

### TRANSFER ORDER

Plaintiff moves for additional time to respond to defendants' motion to dismiss for lack of personal jurisdiction or, in the alternative, for the Court to take judicial notice of the "responsive pleadings on the record." Mtn. at 1. Plaintiff has not stated how much time he needs to respond to defendants' motion. It is clear from the complaint and defendants' motion, however, that the Court lacks personal jurisdiction over the defendants, all of whom are located in Maryland. Rather than dismiss the complaint, the Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is

ORDERED that all pending motions [Dkt. Nos. 19, 20, 22, 23] are DENIED without prejudice; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. §1406, this case is TRANSFERRED to the United States District Court for the District of Maryland.

SO ORDERED.

                                                          _____s/_____
                                                          Royce C. Lamberth
                                                          United States District Judge

Date: January 3, 2007





# FOREST HEIGHTS NEWS
# SPECIAL EDITION

**Incorporated 1949**     54th Year, Issue No. 4     **February 12, 2007**

## CANDIDATES FOR MARCH 14TH, 2007 ELECTION

### Mayor

Larry M. Stoner, Sr.
Andrea McCutcheon
Quincy Hines
Mary L. Wimbush

### Council Members

*Ward I:*
Jacqueline Goodall

*Ward II:*
Clifton L. Atkinson – Incumbent
Anne K. Reifsneider
George E. McDermott

*Ward III:*
Doris Stephens
William E. Clarke
Taunya L. Hines
Maurice Hatchett

**PLEASE SEE CANDIDATES STATEMENTS ENCLOSED**

---

**TOWN MEETING**

**FEBRUARY 21, 2007 @ 8:00 P.M.**
**MUNICIPAL BUILDING**

**MAYORAL ELECTION MARCH 14TH, 2007**

---

*Acting Mayor Larry M. Stoner, Sr.*
(301) 839-1030 ext. 222
mayor.fh@verizon.net

*TOWN COUNCIL:*

Ward I
*C. Lynn Smith-Barnes*—(301) 839-1030 ext. 234
WARDIHandinHand@aol.com

*George Wiggers*—(301) 839-1030 ext. 240
wiggers@forestheights.biz

Ward II
*Clifton Atkinson*—(301) 839-1030 ext. 233
cliftonatkinsonl@yahoo.com

*Andrea McCutcheon*—(301) 839-1030 ext. 239
DREINWARD2@aol.com

Ward III
*Worthington Ross*—(301) 839-1030 ext. 235

*ADMINISTRATIVE OFFICES*
Phone: (301) 839-1030
Bonita Anderson, *Town Clerk*—ext. 221
townclerk.fh@verizon.net
Lillian King, *Receptionist*—ext. 229
receptionist.fh@verizon.net

*PUBLIC WORKS DEPARTMENT*
Phone: (301) 686-1432—ext. 231
Javier Nazario, *Supervisor*

*POLICE DEPARTMENT*
Phone: (301) 839-4040
Michael Eubank, *Chief of Police*—ext. 224
fhpd2004@verizon.net
Latessa Crawford, *Police Clerk*—ext. 225


EX 2

1George E. McDermott
143 N. Huron Dr. Forest Heights
Maryland 20745
Phone 301-839-5816
Cell-   301-996-9577
e-mail secretjusticePR@Yahoo.com

February 6, 2007

United States Department of Justice
attention **Attorney Abel Gomez**
Civil Rights Voting Division.
915 Pennsylvania Ave. NW
Washington, DC 20530
Room # 7254 NWA

Dear Mr. Gomez

    First I would like to thank you for taking my call on February 6 /07 regarding a suggestion that a fellow citizens had requested that our town and its residents would benefit from putting forth a formal request to the United States Justice Department to provide oversight and supervise our upcoming election which is scheduled for March 8, 2007 as **[Exhibit 1]** indicates on page 3, In that the town leaders seemed have problems in giving adequate notice of election, registration dates, and what positions our voters will be voting on, or order charter amendments affecting future of the town will be placed on the ballot for voter approval or rejection.

1.    As I had indicated on the phone our town's residents are deeply concerned about the lack of confidence in our current elected and appointed leadership which as the town's newspapers will confirm, our acting mayor and insiders and the town council have orchestrated the removal of our duly elected Mayor, and successor Mayor appointed by counsel members; within the last 12 months through questionable procedures violating voters rights. The current counsel is trying to vote itself into office by default through failure to give proper legal notice to our town residents. Without proper legal notice reforming candidates are limited in ways which they can mount an effective campaign to have a valid election as **[Exhibit 1]** Town's Newspaper of February 5, **[Exhibit 2]** a video record was made of yet another special called town meeting recorded February 6, 2007 with one day notice posted notice was given to voters, the video is unedited. At approximately 30 minutes long as I was running out of film in an attempt to capture an overall picture of a town in trouble, through lack of leadership, not all concerns were captured but the video will give your office and insight into our concerns. .

3.    I understand that your office may or may not be able to assist our town's residents of Forest Heights and voters in the oversight and supervision of our upcoming election which I contend will be a total fraud on citizens and voters of Forest Heights Maryland. I support this contention with **[Exhibit 3]** which is my certificate of nomination in **[E-3-1]**, and the court order

Page 1


Ex 3

of Judge Royce C. Lambert, transferring ongoing litigation in United States District Court to Maryland somewhere.???. I enclose these documents in my certificate of nomination to put town council on notice that there actions were being challenged in a court of law. Including the Courts most current docket as of January 31 07, **[E-3-3 through 6]** evidencing the fact that this nominee has made every good faith effort to assure that the Citizens of Forest Heights Md voting rights are protected from the insiders who have taken over our Town Council, Mayor's office and the town finances for their own financial benefit and enrichment. In violation of the town charter

4. The half-hour video which is included as **[Exhibit 2]** will attest to the frustrations our citizens are having to put up with because current town leadership has no respect for the rights of citizens and voters, who purportedly, according to the Maryland Constitution and Declaration of Rights, have the right to petition for redress of grievances against both appointed and elected officials.

5. Mr. Gomez, I am fully aware that the United States and any Justice Department is not **in anyway interested in assisting a second-class citizens such as myself** with the preservation and restoration of my legal and Civil Rights as the record court will attest to. You may ask why it is that I refer to myself as a second-class citizens that is because the **Courts of Maryland** now referred me as George *McDermott/defendant/second-class citizens* in their last 20 fraudulent orders I have contested and I have provided a small clip at the beginning **[Exhibit 2]** which was taken January 1 in front of the Maryland Court of Special Appeals, for your review and further evidence. Evidencing the outright denial of legal Rights and liberties I and my family have had to suffer through. A history has been made available to all @secretjustice.com and achatwithGlendora.com rather than take up your time explaining the circumstances of how one becomes a second-class citizens in these United States.

6. As I had tried to explain to you in our phone conversation my concerns are that our Town Of Forest Heights hold legal and proper elections in accordance with the town and state charter, I also believe the voting rights act of 1966 provides for protection to municipalities and incorporated towns citizens protecting their vested voting rights. Proper notice and opportunity to participate in the voting process is a right that should not be surrendered without a fight. The most important part of this process is proper legal notice regarding elections and vested voting rights of our citizens to have the following at minimum the fundamental right to know..

- A. Adequate advance notice of deadline for registration to run for public office. Is one day's notice adequate to preserve the process.
- B. Publish notice of what offices and positions are to be affected by election.
- C. Who will supervise the election and are they partisan or not.
- D. Minimal time between notice of election and a time of election according to charter.
- E, The right to have election debates between candidates in a public forum.
- F. Right to have poll watchers to assure accountability and validity of election.
- G. Right to have sample ballots and timely advance of election indicating all

Page 2

       candidates running for office categorized into precincts and wards for which they are eligible.
- H. A right to choose the format of ballot procedures which would assure the most accurate count of citizens vote's.
- I. The right of all citizens and candidates to participate equally in the election process irrespective of the race, color, or origin. As long as they are preregistered and pre-qualified as registered voters by the State of Maryland and Prince Georges County election commission.

7. The enclosed exhibits I believe will show that Forest Heights residents are being disenfranchised of their voting rights by lack of proper leadership and administration from the very officers our town's people are seeking to replace. I realize that you have stated that the Justice Department deals primarily with federal elections and are limited in municipal elections. Would you please reply in writing so that I may petition the State Attorney General, members of the General assembly and Senate for assistance before it is too late and are town residents are disenfranchised of the their rights to a true, honest election held under the color of pretense of legal authority.

In closing, I thank you for your time and attention this matter and expeditious written reply would be most welcome. Our citizens deserve better representation then they are currently getting, our town is headed towards Bankruptcy and we need to help of the Justice Department. I sincerely hope you will reply to this request for assistance. Irrespective of the fact that it's coming from a second-class citizen who has had everything he had taken from him and his family by Courts acting under color of law and authority, the last thing I have left are my voting rights. I respectfully request your intervention for myself and 800 families plus who will be disenfranchised of our rights, liberties, and freedom of choice should the Justice Department fail to intervene on the behalf of our good citizens. Any recommendations are welcome.

Respectfully submitted

George Edward McDermott

Supporting attachments
1. Special edition town newspaper printed and distributed February 6, 2007    4 pages.
   Listing latest charter amendments 21 through 28 disenfranchised and citizens of rights
2. Half-hour video highlighting town special called meeting February 5 / 07 abbreviated time
   line    1.    Background of petitioner in 30 seconds
        2    statement requesting help    one minute to 3.5 minutes
        3,   town financing shambles    3.5 minutes to 8.5
        4.   Voter concerns    10 minutes – 12 +
        5    failure of notice    14 minutes– 15 +
        6.   Corrected filing date    17 minutes– 18 +

|   |   |   |   |   |
|---|---|---|---|---|
| 7. . | town Attorney not responding |   |   |   |
|   | Council numbers and dark | 20 minutes | 21 + |   |
| 8. | Ballots not finalized. | 25 minutes— | 26 |   |
| 9. | Election commission ??? | 27 minutes– | 27.45 |   |
| 10. | Court case disturbing |   |   |   |
|   | To Uninformed counsel | 27 minutes to END |   |   |

3.   Petitioners completed certificate of nomination          Page 5
    Order transferring case to Maryland Courts          6 - 11
    Petitioner state and candidacy          12
    C.C:. Forest Heights Freedom Fighters.

II I    Maryland Attorney General's office

Delivery Confirmation # 0305-0830-0000-9967-4804

Page 4